MAY 12 2008

**RECEIVED**

MAY 12 2008 *mb*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JAMES E. MCROY

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV 2741
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

vs.

MICHAEL F. SHEAHAN, FORMER

SHERIFF OF COOK COUNTY;
CALLIE BAIRD, FORMER EXECUTIVE DIRECTOR;
SUPERINTENDENT CHESTER

PLAXICO; JOHN DOE 1,

CORRECTIONAL OFFICER BAGE

NUMBER T930; AND COOK COUNTY, ILLINOIS.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

JURY DEMAND REQUSTED

**CHECK ONE ONLY:**

__X__    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
         **U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

    A.    Name: JAMES E. MCROY

    B.    List all aliases: UMAR, USED ON SMALL OCCASIONS.

    C.    Prisoner identification number: 20020032025

    D.    Place of present confinement: COOK COUNTY DEPARTMENT OF CORRECTIONS

    E.    Address: 2700 SOUTH CALIFORNIA AVE., CHICAGO, ILLINOIS 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: MICHAEL F. SHEAHAN

        Title: FORMER SHERIFF OF COOK COUNTY

        Place of Employment: COOK COUNTY, ILLINOIS

    B.    Defendant: CALLIE BAIRD

        Title: FORMER EXECUTIVE DIRECTOR OF COOK COUNTY JAIL.

        Place of Employment: ~~CHESTER PLAYBOOMS~~ COOK COUNTY JAIL.

    C.    Defendant: CHESTER PLAXICO ~~FORMER SUPERINTENDENT OF DIVISION II~~ ALS

        Title: FORMER SUPERINTENDENT OF DIVISION XI

        Place of Employment: COOK COUNTY JAIL.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

D. DEFENDANT: JOHN DOE 1
    TITLE: CORRECTIONAL OFFICER, # 7930
    PLACE OF EMPLOYMENT: COOK COUNTY JAIL


E. DEFENDANT: COOK COUNTY, ILLINOIS
    TITLE: COUNTY
    PLACE OF EMPLOYMENT: MUNICIPALITY IN ILLINOIS

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**
MCROY V. KMART, # 01C1377; MCROY V. ARAMARK, et AL., # 03C4718; MCROY V. CERMAK, et AL., 03C-6724; MCROY V. SHEAHAN, et AL., # 03C6756;

**A.** Name of case and docket number: MCROY V. HOLMES, et AL., # 04C5247; MCROY V. JOHNSON, et AL. #04C2764. MCROY V. STATE, et AL. # 08CC2116; MCROY V. STATE, et AL., #08CC2293; MCROY V. STATE, et AL., # 08CC2799.

**B.** Approximate date of filing lawsuit: AUGUST 2000; JULY 2003; SEPEMBER 2003; OCTOBER 2003; APRIL 2004; AUGUST 2004; JANUARY 2008; FEBRUARY 2008; APRIL 2008.

**C.** List all plaintiffs (if you had co-plaintiffs), including any aliases: JAMES E, MCROY; UMAR, USED ON SMALL OCCASION.

_____

_____

**D.** List all defendants: KMART; ARAMARK CORRECTIONAL SERVICES, INC., et AL.; CERMAK HEALTH SERVICES, et AL.; MICHAEL F. SHEAHAN, et AL.; BRIAN JOHNSON, et AL.; MICHAEL HOLMES, et AL.; STATE OF ILLINOIS, et AL.; STATE OF ILLINOIS, et AL.; STATE OF ILLINOIS, et AL.

**E.** Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): FIRST SIX FILED IN NORTHERN DISTRIST OF ILLINOIS; THE LAST THREE FILED IN THE STATE OF ILLINOIS, COURT OF CLAIM, SPRINGFILD, IL.

**F.** Name of judge to whom case was assigned: DO NOT KNOW# JUDGE ASSIGNED TO KMART; JUDGE RONALD A. GUZMAN ASSIGNED TO JOHNSON, #04C2764; AND ALL OTHER CASES ASSIGNED TO JUDGE RUBEN CASTILLO.

**G.** Basic claim made: WORK DISCRIMINATION; SERVING UNFIT FOOD; CONTRACTED LATENT TUBERCULOSIS; RELIGIOUS DISCRIMINATION; EXCESSIVE FORCE; FAILUAR TO PROTECT. STATE CLAIMS, TUBERCULOSIS AND SERVED UNFIT FOOD AND HEPATITIS.

**H.** Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): DISMISSED, #01C1377; APPEALED, #03C4718, #03C6724, 03C6756; DISMISSED, #04C2764, AND #04C5247. STATE CLAIMS STILL PENDING, #08CC2116 AND #08CC2293 AND #08CC2799.

**I.** Approximate date of disposition: #01C1377, 02/19/02; #04C2764, 7/8/05; #04C5247, 04/14/06; # 03C4718, APPEALED 06-3922, 03/13/08; #03C6724, APPEALED #05-3647, PETITION FOR WRIT OF CERTIORARI WAS DENIED; #03C6756, APPEALED #05-2819, PETITION FOR WRIT OF CERTIORARI WAS DENIED #07-648, 11/13/07.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.  Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

NOW COMES PLAINTIFF, JAMES E. MCROY, PRO SE, MOVES THIS HONORABLE COURT AND FILES THIS 42 SECTION 1983 U.S.C COMPLAINT AGAINST THE ABOVE DEFENDANTS AND IN SUPPORT THEREOF STATES THE FOLLOWING:

## PARTIES

1. PLAINTIFF, JAMES E. MCROY (MCROY), WHO IS CONFINED AS A DETAINEE IN COOK COUNTY DEPARTMENT OF CORRECTIONS (COOK COUNTY JAIL) AT 2700 SOUTH CALIFORNIA AVENUE, CHICAGO, ILLINOIS 60608, SINCE APRIL 21, 2002, IDENTIFICATION NUMBER 20020032025.

2. DEFENDANT COOK COUNTY, ILLINOIS (COOK COUNTY), OPERATES THE COOK COUNTY JAIL. COOK COUNTY HAS A LEGAL RESPONSIBILITY TO ADMINISTER ITS PROGRAMS AND SERVICES IN CONFORMITY WITH THE UNITED STATES CONSTITUTION, AND IS A MUNICIPALITY INCORPORATED UNDER THE LAW OF THE STATE OF ILLINOIS. COOK COUNTY ADMINISTERS ITSELF THROUGH DEPARTMENTS ONE OF WHICH IS THE COOK COUNTY DEPARTMENT OF CORRECTIONS.

5

3. DEFENFANT MICHAEL F. SHEAHAN (SHEAHAN), WAS THE SHERIFF OF COOK COUNTY DURING THE EVENTS THAT ARE THE SUBJECT OF THIS LAWSUIT. SHEAHAN IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

4. ONE OF THE SHERIFF OF COOK COUNTY'S CHARGED DUTIES IS TO OPERATE AND CONTROL THE COOK COUNTY DEPARTMENT OF CORRECTIONS.

5. DEFENDANT CALLIE BAIRD (BAIRD), WAS THE EXECUTIVE DIRECTOR FOR COOK COUNTY DEPARTMENT OF CORRECTIONS DURING THE EVENTS THAT ARE THE SUBJECT OF THIS LAWSUIT. BAIRD IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITY.

6. DEFENDANT SUPERINTENDENT CHESTER PLAXICO (PLAXICO) WAS THE OVERSEER OF THE OPERATIONS OF DIVISION XI, AND DIRECTLY OR INDIRECTLY SUPERVISES ALL OF IT'S PERSONAL. PLAXICO IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

7. DEFENDANT JOHN DOE 1 (WHO NAMES IS UNKNOWN TO PLAINTIFF AT THIS TIME), WAS OR IS EMPLOYED AS A CORRECTIONAL OFFICER, BAGE # 7930 AT COOK COUNTY JAIL. JOHN DOE 1 IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.

8. AT ALL RELEVANT TIMES ALL DEFENDANTS ACTED UNDER THE COLOR OF STATE LAW, AND WITHIN THE SCOPE OF THEIR EMPLOYMENT.

Revised 9/2007

## COUNT ONE - CIVIL RIGHTS VIOLATIONS
### (42 U.S.C. SECTION 1983)

9. PLAINTIFF INCORPORATES PARAGRAPHS 1-8, HEREIN.

10. PLAINTIFF IS AT ALL TIMES RELEVANT TO THIS CIVIL RIGHTS COMPLAINT, A COOK COUNTY JAIL DETAINEE AND WAS HOUSED IN DIVISION XI, UNIT AC, THE MEDICAL UNIT.

11. AS A RESULT TO DEFENDANTS' DELIBERATE INDIFFERENCE TO HIS SAFETY, PLAINTIFF SUFFERED PHYSICAL INJURIES, EMOTIONAL DISTRESS, PAIN AND SUFFERING TO BODY AND MIND.

12. THIS ACTION IS BROUGHT PURSUANT TO 42 U.S.C. SECTION 1983 FOR VIOLATIONS OF THE EIGHTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES, AND PURSUANT TO ILLINOIS COMMON LAW. THIS COURT HAS ORIGINAL JURISDICTION OF CIVIL ACTIONS ARISING UNDER THE CONSTITUTION AND THE LAWS OF UNITED STATES PURSUANT TO 28 U.S.C. SECTION 1331.

13. THIS COURT HAS SUPPLEMENTAL JURISDICTION OF OVER PLAINTIFF MCROY'S ILLINOIS COMMON LAW CLAIM PURSUANT TO 28 U.S.C. SECTION 1367(A) BECAUSE IT IS PART OF THE SAME CASE OR CONTROVERSY AS THE SECTION 1983 CLAIM.

14. VENUE IS PROPER IN THIS COURT PURSUANT TO 28 U.S.C. SECTION 1391(B) BECAUSE THE EVENTS AND OMISSIONS GIVING RISE TO THIS CLAIM OCCURRED WITHIN THIS JUDICIAL DISTRICT.

15. AS A RESULT TO DEFENDANTS DELIBERATE INDIFFERENCE TO HIS SAFETY, PLAINTIFF PHYSICAL INJURIES AND EMOTIONAL DISTRESS WOULD HAVE BEEN AVOIDED.

16. THIS IS A CIVIL ACTION FOR MONETARY DAMAGES FOR DEFENDANTS' DEPRIVATION OF PLAINTIFF MCROY'S RIGHT BY THEIR NEGLIGENT CONDUCT

AND BY THEIR DELIBERATE INDIFFERENCE TO PLAINTIFF McROY'S SAFETY, RESULTING IN HIS SUFFERING PHYSICAL INJURIES, EMOTIONAL INJURIES, PAIN AND SUFFERING TO BODY AND MIND.

17.    AS EMPLOYEES OR AGENTS OF THE COOK COUNTY JAIL, EACH AND EVERY DEFENDANT ACTED UNDER COLOR OF STATE LAW.

18.    THE ACTS AND OMISSIONS UPON WHICH THIS COMPLAINT IS BASED TOOK PLACE AT COOK COUNTY JAIL.

19.    PLAINTIFF HAS EXHAUSTED ALL ADMINISTRATIVE GRIEVANCE PROCEDURES AVAILABLE TO HIM.

20.    ON JUNE 7, 2004, PLAINTIFF FILED A GROUP DETAINEE GRIE-VANCE CONCERNING "SAFTY" BEING FORCED OUT OF CELL. (SEE EXHIBIT 1).

21.    ON JUNE 8, 2004, PLAINTIFF FILED GRIEVANCE ABOUT INMATES/DETAINEES ARE NOT BEING ALLOWED TO STAY IN THEIR CELLS. (SEE EXHIBIT 2).

22.    THE COOK COUNTY JAIL'S DIRECTIVE FORCING DETAINEES OUT OF CELLS BY CORRECTIONAL OFFICERS, ON JUNE 30, 2004, PLAINTIFF WAS PHYSICALLY ATTACKED WITH A BROOM STICK AND A STEEL CRUTCH.

23.    PLAINTIFF RECEIVED MULTIPLE CONTUSIONS TO HEAD, NECK, ARMS AND HANDS FROM PHYSICAL ATTACK AND WAS TAKEN TO THE EMERGENCY ROOM FOR XRAYS AND TREATMENT ON JUNE 30, 2004. (SEE EXHIBIT 3).

24.    PLAINTIFF RECEIVED A TICKET FOR PROTECTING HIMSELF ON JUNE 30, 2009. (SEE EXHIBIT 4), FROM PHYSICAL ATTACK

25.    ON JULY 2, 2004, PLAINTIFF APPEALED HIS TICKET(DISCIPLINARY

REPORT), AND HANDED IT TO OFFICER ALBERSON. (EXHIBIT 5).

26.    ON JULY 26, 2004, PLAINTIFF WROTE A FOLLOW-UP LETTER ON HIS APPEAL, AND HANDED IT TO SERGEANT SUBER. (EXHIBIT 6).

27.    ON AUGUST 9, 2004, PLAINTIFF FILED A GRIEVANCE CONCERNING HIS DISCIPLINARY REPORT (TICKET) THAT HE RECEIVED JUNE 30, 2004. (EXHIBIT 7).

28.    BY ALLOWING BROOMS AND STEEL CRUTCHES ON MEDICAL UNIT AND BY REFUSING TO REMOVE THEM JOHN DOE 1 ACTED WITH DELIBERATE INDIFFERENCE TO PLAINTIFF'S SAFETY, THUS VIOLATING HIS RIGHTS UNDER THE FOURTEENTH AMENDMENT.

29.    DURING THE MELEE, PLAINTIFF MCROY OBSERVED DEFENDANT JOHN DOE 1, WATCHING THE ALTERCATION UP STAIRS IN THE SECURITY BOTH LAUGHING. DEFENDANT JOHN DOE 1 CONTINUED TO WATCH AND LAUGH FOR FIFTEEN TO TWENTY MINUTES.

30.    BY FORCING PLAINTIFF OUT OF HIS CELL, DEFENDANT'S SHEAHAN, BAIRD, PLAXICO, AND JOHN DOE 1 ACTED WITH DELIBERATE INDIFFERENCE TO PLAINTIFF'S SAFETY.

31.    BY JOHN DOE 1, WATCHING MELEE (PHYSICAL ATTACK) TO PLAINTIFF MCROY, JOHN DOE ACTED WITH DELIBERATE INDIFFERENCE TO PLAINTIFF'S SAFETY.

32.    BY DEFENDANT'S SHEAHAN, BAIRD, AND PLAXICO PERMITTING THEIR SUBORDINATES TO PLACE BROOMS AND STEEL CRUTCHES ON MEDICAL UNIT AND BY FAILING TO ORDER THEIR SUBORDINATES TO REMOVE BROOMS AND STEEL CRUTCHES, DEFENDANTS ACTED WITH DELIBERATE INDIFFERENCE TO PLAINTIFF'S SAFETY. THUS VIOLATING PLAINTIFF'S RIGHT UNDER THE EIGHT AND FOURTEENTH AMENDMENTS OF DUE PROCESS CLAUSE.

9

33.    By Defendant's Sheahan and Baird ordering an directive compound wide, to not allowed inmates and detainees in their cell was the actual and proximate cause of the physical harm suffered by Plaintiff McRoy. Thus violating his rights under the Eighth and Fourteenth Amendments and acted with deliberate indifference to Plaintiff McRoy's safety.

Wherefore, Plaintiff prays this Honorable Court:

A). Award compensatory damages from all defendants in an amount to be determined at trial;

B). Award Plaintiff damages for physical injuries suffered, emotional distress, pain and suffering to body and mind in an amount to be determined at trial;

C). Award Punitive damages from all defendants in an amount to be determined at trial;

D). Award reasonable attorney's fees, costs and expenses, pursuant to 42 U.S.C. Section 1988.

COUNT TWO - PHYSICAL HARM CAUSED BY PLACING BROOMS AND STEEL CRUTCHES ON MEDICAL UNIT, AND CCDOC'S DIRECTIVE FORCING DETAINEE OUT OF CELLS.

34.    Plaintiff incorporates paragraphs 1-33 herein.

35.    Cook County Jail is responsible for Plaintiff McRoy's safety and a duty of reasonable care.

36.    Defendants knew or should have known by placing brooms and steel crutches on medical unit, posed an

EXCESSIVE RISK TO THE SAFETY OF ANY DETAINEE WHOM LIVED ON MEDICAL UNIT, ESPECIALLY UNDER MEDICATED CONDITIONS OR UNMEDIATED CONDITIONS.

37.    DEFENDANTS KNEW OR SHOULD HAVE KNOWN BY PLACEING BROOMS AND STEEL CRUTCHES ON MEDICAL UNIT DETAINEES UNMEDI-CATED, ANGRY, AND/OR IN AN AGITATED STATE POSED AN EXCESSIVE RISK TO THE SAFETY OF ANY DETAINEE WHOM LIVED ON THE UNIT.

38.    BY PLACEING BROOM AND CRUTCHES, ALONG WITH FORCING DETAINEES OUT OF THEIR CELLS, DEFENDANTS ACTED WITHOUT REASONABLE CARE TO PLAINTIFF MCROY'S SAFETY.

39.    THE CCDOC'S DIRECTIVE FORCING DETAINEES OUT OF CELLS, AND PLACEING BROOM AND CRUTCHES ON UNITS IS PARAMOUNT TO A PRACTICE AND/OR POLICY.

40.    THE ABOVE SAID ITEMS AND COOK COUNTY JAIL'S DIRECTIVE/POLICY CAUSED PLAINTIFF MCROY TO SUFFER PHYSICAL HARM.

41.    BY JOHN DOE, WATCHING PHYSICAL ATTACK AND LAUGHING FOR FIFTEEN TO TWENTY MINUTES WAS THE ACTUAL AND PROXIMATE CAUSE OF THE PHYSICAL HARM SUFFERED BY PLAINTIFF MCROY.

42.    PLAINTIFF MCROY EXHAUSTED ALL ADMINISTRATIVE GRIEVANCE PROCEDURES AVAILABLE TO HIM.

43.    SUCH INACTION ON THE PART OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS IS PARAMOUNT TO A PRACTICE AND/OR POLICY.

WHEREFORE, PLAINTIFF PRAYS THIS HONORABLE COURT:

A). AWARD COMPENSATORY DAMAGES FROM ALL DEFENDANTS IN AN AMOUNT TO BE DETERMINED AT TRIAL;

11

B). AWARD PLAINTIFF DAMAGES FOR PHYSICAL INJURIES SUFFERED, EMOTIONAL DISTRESS, PAIN AND SUFFERING TO BODY AND MIND IN AN AMOUNT TO BE DETERMINED AT TRIAL;

C). AWARD PUNITIVE DAMAGES FROM ALL DEFENDANTS IN AN AMOUNT TO BE DETERMINED AT TRIAL;

D). AWARD REASONABLE ATTORNEY'S FEES, COSTS AND EXPENSES, PURSUANT TO 42 U.S.C. SECTION 1988.

## COUNT THREE - NEGLIGENCE/WILLFUL AND WRONGFUL CONDUCT, PURSUANT TO 745 ILCS 104-103

44. PLAINTIFF INCORPORATES PARAGRAPHS 1-43 HEREIN.

45. AS COOK COUNTY JAIL OFFICALS, DEFENDANTS OWED PLAINTIFF, A PRETRIAL DETAINEE, A DUTY OF REASONABLE CARE.

46. BY FORCING PLAINTIFF OUT OF HIS CELL, BY ALLOWING BROOMS AND STEEL CRUTHES ON MEDICAL UNIT, BY REFUSING TO REMOVE SAID ITEMS FROM UNIT, AND/OR BY ALLOWING PLAINTIFF TO BE ASSAULTED WITH BROOM STICK AND STEEL CRUTCH, BREACHED THEIR DUTY OF CARE AND SAFETY TO PLANTIFF.

47. BECAUSE, UPON INFORMATION AND BELIEF DEFENDANT'S FORCED PLAINTIFF MCROY OUT OF HIS CELL, DEFENDANT'S SHEAHAN AND BAIRD AND PLAXICO, BREACHED THEIR DUTY OF CARE TO PLAINTIFF MCROY.

48. BECAUSE, UPON INFORMATION AND BELIEF DEFENDANTS PER-MITTED THEIR SUBORDINATES TO PLACE BROOMS AND CRUTCHES ON UNIT AND FAILING TO REMOVE THEM DEFENDANT'S BREACHED THEIR DUTY OF CARE TO PLANTIFF.

49. BECAUSE, UPON INFORMATION AND BELIEF DEFENDANT'S THEREBY

ACTED WILLFULLY AND WANTONLY, WITH UTTER INDIFFERENCE AND/OR CONSCIOUS DISREGARD FOR PLAINTIFF'S SAFETY.

50.    BECAUSE, UPON INFORMATION AND BELIEF PLAINTIFF MCROY HAS SUFFERED PHYSICAL INJURIES AND EMOTIONAL DISTRESS AS A RESULT OF DEFENDANT'S BREACH OF THEIR DUTY OF CARE.

51.    BECAUSE, UPON INFORMATION AND BELIEF PLAINTIFF MCROY CLAIMS IN ILLINOIS MAY BE TOLLED WHILE HE SEEKS ADMINISTRATIVE REMEDIES OF HIS CLAIM, WHICH WAS WITHIN FIRST AMEDED COMPLAINT 06C3033, AND DOCUMENT 42, OF THIS COURT.

WHEREFORE, PLAINTIFF JAMES E. MCROY, PRAYS AND RESPECTFULLY REQUEST THAT THIS HONORABLE COURT:

A). AWARD COMPENSATORY DAMAGES FROM ALL DEFENDANTS IN AN AMOUNT TO BE DETERMINED AT TRIAL.

B). AWARD PLAINTIFF DAMAGES FOR PHYSICAL INJURIES SUFFERED, EMOTIONAL DISTRESS, PAIN AND SUFFERING TO BODY AND MIND IN AN AMOUNT TO BE DETERMINED AT TRIAL;

C). AWARD PUNITIVE DAMAGES FROM ALL DEFENDANTS IN AN AMOUNT TO BE DETERMINED AT TRIAL;

D). AWARD REASONABLE ATTORNEY'S FEES, COSTS AND EXPENSES, PURSUANT TO 42 U.SC. SECTION 1988.

## JURY DEMAND

PLAINTIFF DEMANDS TRIAL BY A JURY OF TWELVE IN THIS MATTER.    13

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

SEE ABOVE. ~~REQUEST~~ SECTION.

_____

_____

_____

_____

_____

VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __7TH__ day of __MAY__, 20__08__

_James E. Mc Roy_
(Signature of plaintiff or plaintiffs)

JAMES E. McROY
(Print name)

20020032025
(I.D. Number)
DIVISION 9, UNIT 3D

P.O. BOX 089002

CHICAGO, ILLINOIS 60608
(Address)

**14**

# EXHIBIT 1



Div. 11 - AD

Part-A / Control #: __2004X__ __0650__

Referred To: __Supt. Div. 11__

- CElls OccUPANCY -

<div style="border:2px solid black; text-align:center;">

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

</div>

Detainee Last Name: __McRoY__          First Name: __JAMES__

ID #: __2002-0032025__   Div.: __11__  Living Unit: __Ac__   Date: __06 / 07 / 04__

BRIEF SUMMARY OF THE COMPLAINT: __THESE COMPLAINTS COME IN ACCORDANCE WITH__
__C.C.D.O.C. RULES AND REGULATIONS FOR DETAINEES__
__HAND BOOKLET PAGE 1, UNDER RIGHTS AND RESPONSIBILITIES OF C.C.D.O.C., DETAINEES,__
__(N) EXPECT THAT AS A HUMAN BEING YOU WILL BE TREATED RESPECTFULLY, IMPARTIALLY,__
__AND FAIRLY BY All PERSONNEL.__

② ON JUNE 7, 2004, A MEMORANDUM CAME OUT DATED MAY 17, 2004, FROM SUPER-
INTENDENT PIAXICO, BADGE #14, STATING "EFFECTIVE MAY 24, 2004, AND UNTIL FURTHER
NOTICE, INMATES WILL NO LONGER BE ALLOWED TO STAY IN THEIR CELLS DURING THE
7-3 SHIFT AND 3-11 SHIFT.
THE ONLY EXCEPTION TO THIS DIRECTIVE ARE THOSE TIERS DESIGNATED AS 23AND 1.
(AB), (AD), (AG) AND (AJ).
All STAFF ARE TO ENSURE THAT THIS POLICY IS STRICTLY ADHERED TO.

③ THESE NEW RULE ARE VIOLATIONS OF CONSTITUTIONAL AND STATUTORY RIGHTS.
BY FORCING DETAINEES OUT INTO DAY ROOM, IT IS NOT SAFE FOR DETAINEES ON
MEDICATION, LONG DAYS AT COURT, LONG DAYS IN HOLDING PENS FROM SICK CALLS
TO DISPENSERY, CERMAK. LONG NIGHTS UP STUDYING CRIMINAL COMPLAINTS, READING,
TAKING NIGHTLY MEDICATION, BEING SICK OR JUST NOT FEELING WELL.

④ FORCING DETAINEES OUT ARE NOT GIVING US ANY PRIVACY TO STUDY CRIMINAL,
CIVIL COMPLAINTS WITHOUT SOMEONE LOOKING OVER YOUR SHOULDER. SAFETY
IS A PROBLEM WITH DETAINEES BEING TIRED OR DROWSY SLEEPING IN DAY ROOM.

⑤ OFFICERS ARE NOT ON UNIT ANYWAY TO STOP SOMEONE FROM GETTING HURT.
DETAINEES ARE LEFT ALONE FOR HOURS AT A TIME WITHOUT SUPERVISION AND F SEE PG.
~~WITHOUT ~~ ⑥
AS THIS BEING A MEDICAL UNIT, INMATES HERE ARE ON CRUTCHES, HAVE PHYSICAL HANDICAPS,
BACK PROBLEMS, WHERE STAYING IN THE DAY ROOM CAUSES MORE PAIN, STRESS WHEN EVERYONE
~~ ~~ OUT All DAY, STRESS levels RISES, SOME PEOPLE STAY IN
THERE CELLS TO DE STRESS AND STAYOUT OF TROUBLE, INMATES RECEIVE ONLY
ABOUT FIVE TO SIX HOURS OF REST, RAZORS COME AT ABOUT 12:00AM, BREAKFEST AT 4:00AM
LACK OF REST BRINGS MORE STRESS, MORE ANXIETY, VIOLANCE AND CAUSES HEALTH PROblems, ECT.

## DETAINEE SIGNATURE: *SEE ATTACHED*

C.R.W.'S SIGNATURE: _____

DATE C.R.W. RECEIVED: __6 / 14 / 04__

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY – DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

(A)

Part-A / Control # 2004 X 0650
Referred To: Supt. Div. 11

* ATTACHED *

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: McRoy          First Name: James

ID #: 2002 - 0032025    Div.: 11    Living Unit: AC    Date: 06 / 07 / 04

BRIEF SUMMARY OF THE COMPLAINT: TRYING TO GET SOMEONE TAKES TIME THAT COULD COST THEM THIRE LIFE.

(6) THERES TOO MUCH NOISE IN DAY ROOM FOR STUDYING. T.V. IS UP LOUD, 48 MEN TALKING, SINGING, PLAYING GAMES, ARGUING, GANG ACTIVITY AND BEING RECRUIT FOR GANGS.

(7) THIS IS ALSO A VIOLATION FOR POST TRIAL DETAINEES TO PREPARE FOR THEIR CASE(S), NO QUITE TIME ALONE TO STUDY, READ, WRITE LETTERS TO ATTORNEY(S), FRIENDS AND FAMILY, WITHOUT OTHER INMATES OBTAINING THEIR CONFIDENTIAL INFORMATION AND LAW LIBRARY CAN NOT ACOMIDATE EVERYONE FOR A WEEKLY VISIT, PLUS THEIR NO LIBRARY FOR GENERAL POPULATION.

(8) THERE ARE ALOT OF DETAINEES ON MEDICATION THAT MAKES ONE DROWSY AND THIS IS PUTTING THEIR SAFETY IN JEOPARDY, BY BEING AROUND IN THIS STATE OF MIND, THEIR BELONGINGS ARE IN JEOPARDY, BY BRING OUT COMMISSARY AND PERSONAL PAPERWORK.

(9) THE GENERAL RULES SAY NOTHING ABOUT COMING OUT ALL DAY. THIS IS A VIOLATION OF THE GENERAL RULES FOR C.C.D.O.C., WE ALREADY DO NOT HAVE ANY OPPORTUNITY TO CLEAN OUT OUR CELLS, GENERAL RULE (5) AND (6). NOW NO TIME TO OUR SELF FOR PERSONAL REASONS, TIME ALONE, STUDY TIME, SICK TIME, ECT.

(10) IF UNIT DECIDES TO GO UP, THAT PUTS EVERYBODY AT HARMS WAY, BY FORCING EVERYONE OUT INTO THE DAYROOM, BECAUSE OFFICERS ARE NOT ON DECK ANYWAY, AND PUT INMATES AT RISK FOR HEALTH ISSUES TO BODY BREATHING IN DUST, SMOKE, AND GERMS FROM PEOPLE WALKING BY WHILE ON FLOOR. (11) THIS IS A VIOLATION OF C.C.D.O.C. RULES AND REGULATION NAME OR STAFF OR DETAINERS BY NAMING INFORMATION REGARDING THEIR COMPLAINT: AND THIS IS A DISCRINATOR AGAINST DIVISION 11, BY FORCING US OUT OF OUR CELL AND OTHER DIVISIONS ARE NOT FORCED OUT TO COME OUT OF THEIR CELLS ALL DAY.

ACTION THAT YOU ARE REQUESTING: NOT TO BE FORCED OUT ALL DAY INTO DAY ROOM MORNING AND EVENING.

* SEE INMATE PETITION * ATTACHED* PAGE (3)

FORTY TWO
(42) NAMES    DETAINEE SIGNATURE: James E McRoy

C.R.W.'S SIGNATURE: _____    DATE C.R.W. RECEIVED: 6 / 14 / 04

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

PBE(3)

# INMATES GRIEVANCE / PETITION DATED MAY 7, 2004

| # | INMATES SIGNATURE/ID# | UNIT | # | INMATES SIGNATURE/ID# | UNIT |
|---|---|---|---|---|---|
| 1 | James McRoy 20020033025 | AC | 34 | Harold Cardona 200200850 | AC |
| 2 | Willie Wilson 2003100 1884 | AC | 35 | Quntin Holland 20035070 | AC |
| 3 | Raymon Sanles 2001-007-3433 | AC | 36 | Milton Jackson 20051005700 | AC |
| 4 | Audie Scuegar 2003-008-3997 | AC | 37 | Edward Ingognles | AC |
| 5 | Derrick Hall 2004000 3437 | AC | 38 | Enrique Losani 20050208831 | AC |
| 6 | Willie Daniels 2004045796 | AC | 39 | mohamed Nakhleg 20040045663 | AC |
| 7 | Andrew H. Guyote 20040032201 | AC | 40 | Willie Wilson 20040045625 | AC |
| 8 | Sherman Hill 2002007605 | A.C | 41 | Robert Consere | AC |
| 9 | James Masterson 2004009284 | AC | 42 | Antohny Johnson 20040045570 | AC |
| 10 | Damon H Cross 2004003749 | AC | 43 | DALE MIZANSKY | AC |
| 11 | Robert J Wheeler 300 9984 | AC | 44 | | |
| 12 | Vincent Lee 20090 90605 2001-80-0401B | AC | 45 | | |
| 13 | Aaron Johnson 20040001969 | AC | 46 | | |
| 14 | Jerry Cooks | AC | 47 | | |
| 15 | Ricardo Williams | AC | 48 | | |
| 16 | Elijah Murphy 010058925 | AC | 49 | | |
| 17 | Gary Braswell 20020530 | AC | 50 | | |
| 18 | DARRYLE K. CHILDRESS 199710011 | AC | 51 | | |
| 19 | Jermaine Allen 20030092863 | AC | 52 | | |
| 20 | Luis Maldonado 2003 0055811 | AC | 53 | | |
| 21 | Pablo Aguilar Jr. 20030051803 | AC | 54 | | |
| 22 | JOEL VELEZ # 20032007705 | AC | 55 | | |
| 23 | Jon Traynere # 20030097377 | AC | 56 | | |
| 24 | Krzysztof Bajda 28 | AC | 57 | | |
| 25 | Anthony Gibbs 20040036920 | AC | 58 | | |
| 26 | Edward McClurg cell2 c1 | AC | 59 | | |
| 27 | Tyranus Crisp 2003-004-1375 | AC | 60 | | |
| 28 | John Aarons 20049049136 | AC | 61 | | |
| 29 | Kevin Cregar 20050051892 | AC | 62 | | |
| 30 | Willie Hall 20050015554 | AC | 63 | | |
| 31 | Lushea Turance woolfork 0038855 | AC | 64 | | |
| 32 | Clifton Hunter 20040031257 | AC | 65 | | |

0000880

# EXHIBIT 2

Part-A / Control # 2004 X 0650
Referred To: Supt. Div.11

— Cells Occupancy —

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: MCROY          First Name: JAMES

ID #: 2002-0032025   Div.: 11   Living Unit: AC   Date: 06 / 8 / 04

① BRIEF SUMMARY OF THE COMPLAINT: ON JUNE 8, 2004, I WAS CALLED TO CERMAK Hos AT 7AM AND MOVED TO HOLDING AT 8:15AM. I WAS IN CERMAK Hosp. All DAY UNTIL 2:30PM AND BACK ON UNTIS AT 3:30PM AFTER SHIFT CHANGE.

② I GAVE BLOOD AT THE HOSPITAL AND WAS VERY TIRED FROM THE LONG DAY. I WAS INFORM BY THE OFFICER COVERING THIS UNIT, I WOULD NOT BE ABLE TO GO IN MY CELL AND STAY. I ASKED FOR A SERGENT AND WAS TOLD THE SAME BECAUSE OF A MEMORANDUM THAT CAME FROM THE SUPERINTEN-DENT PLAUCO #14, STATING "NO LONGER WILL INMATES BE ALLOWED TO STAY IN THEIR CELLS DURING THE 7-3 SHIFT AND 3-11 SHIFT.

③ THIS IS A VIOLATION OF OUR STATUTORY RIGHTS, BECAUSE IT'S NOT WRITTEN IN THE C.C.D.O.C. RULES AND REGULATIONS, FOR DETAINEES HANDBOOK JET. ALSO IT'S VERY DANGEROUS TO BE DROWSY OR SLEEPING IN DAY ROOM. SAFTY PROBLEM AND C.C.DA THIS IS A PERSON

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

OFFICER COVERING THIS UNIT FROM 3-11 SHIFT, SERGENT JOHNSON #1007

ACTION THAT YOU ARE REQUESTING:

DETAINEE SIGNATURE: James McRoy

C.R.W.'S SIGNATURE:                    DATE C.R.W. RECEIVED: 6 /14 /04

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part – B / Control #: 2004X0680

## C.C.D.O.C.  DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: _McRoy_                First Name _James_      ID# _20200322025_

Is This Grievance An **Emergency?**    YES ☐        NO ☑

C.R.W.'S Summary Of The Complaint: _Inmate have some concerns with_
_not being able to remain in their cells during the 7-3 and 3-11 shift_

C.R.W. Referred Griev. To: _Supt. Dull_        Date Referred: _6/14/04_

Response Statement: _BE advised that the policy of inmates_
_not being allowed in their cell, is A directive_
_compound wide.  There will be no deviation_
_from the policy._

_Supt.C. Plaxico_ #14    _Supt. C. Plaxico_ #14 Date _06/15/04_ Div./Dept. _XI_
(print - name of individual responding to this griev.)    (signature of individual responding to this griev.)

_Supt. C Plaxico_ #14    _Supt. C. Plaxico_ #14 Date: _06/15/04_ Div./Dept. _XI_
(print - name of Supt./Designee / Dept. Admin.)    (signature of Supt./ Designee / Dept. Admin.)

_John H Munle_    _____ Date: _10/16/04_
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: _06/16/04_ Detainee Signature: _X James McRoy_

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: _06/16/04_

Detainee's Basis For An Appeal: _THERE IS NO RULES TO THIS EFFECT AND THIS IS A_
_MEDICAL UNIT, WHAT ABOUT OUR SEFTY?_

Appeal Board's Acceptance Of Detainee's Request:    YES ☐        NO ☒

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:
_County Policies set for the Department_
_cannot be deviated from._

Appeal Board's Signatures / Dates:
_____ 5-29-04  _____ 6/29/04  _____ 6-29-04

Date Detainee Rec.'d the Appl. Bd.'s Response: _07/07/04_ Detainee Signature: _James McRoy_

GRIEVANCE CODE(S): (____) (____) (____) (✓)

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

# EXHIBIT 3

**Cermak Health Services of Cook County**
2800 South California Ave., Chicago, Illinois 60608

## EMERGENCY ROOM RECORD

Date _____    Time ER visit completed _____
Time arrived _____    Time departed for JSH _____

| Last Name | First Name | Initial | Inmate Number: | Location: |
|---|---|---|---|---|
| McRoy | James | | 2002 0032025 | |

HISTORY/COMPLAINTS

PMH
HTN
TB exposure

Trauma Ⓛ 5th digit
Ⓛ hand 4th digit
trauma
Head, neck.

Sex: F    DOB: 9/26/61    RACE: B O W L Other

MEDS
INH
HCT2
Solodrate
PCN
Pain Pills not

NKA

FIRST DAY LMP _____ DNA    NURSES SIGNATURE: _____

ALLERGIES: NKA    LAST TETANUS 2004

PHYSICAL FINDINGS:    TEMP. 99    P 84    R 18    BP 140/88

39 y/o F presents to ER c/o being hit in head ...
...
@ site of abrasion Ⓛ 4th digit + Ⓛ lateral hand pain

N.B.
PR obtained
in ...
was 112 bpm

TREATMENT/ADVICE:
Ⓛ Betadine wash to abrasions/skull/arms, ice packs ...
Ⓛ Antibiotic ointment / Ⓑ Tylenol 650 → po ...

X-RAY ☒ Ⓛ 4th digit, Ⓛ hand,
skull

EKG ☐
LAB ☐
dT ☐
To Sick Call ☒    Specialty Clinic ☐    JSH ☐
DATE:

DIAGNOSIS:
Multiple Contusions
to Head, neck,
Arms + hands

Physician Signature: _____

CONSENT- I HEREBY AUTHORIZE THE PHYSICIAN AND/OR NURSE IN CHARGE OF EMERGENCY/OR OUTPATIENT CARE AT CERMAK HEALTH SERVICES TO ADMINISTER SUCH TREATMENT AND MEDICATIONS AS MAY BE DEEMED NECESSARY OR ADVISABLE BY THE PHYSICIAN IN THE DIAGNOSIS AND TREATMENT OF THIS CASE WHILE A PATIENT AT THE HOSPITAL. I FURTHER AUTHORIZE CERMAK HEALTH SERVICES TO RELEASE NECESSARY INFORMATION TO AUTHORIZED PHYSICIANS FOR FUTURE CARE, OR TO INSURANCE COMPANIES OR OTHER AUTHORIZED AGENCIES FOR COMPLETION OF MY CLAIMS FOR HOSPITALIZATION OR MEDICAL BENEFITS, AND TO RELEASE MEDICAL INFORMATION TO PUBLIC AUTHORITIES.

X _James McRoy_____
SIGNATURE OF PATIENT OR RESPONSIBLE PERSON

_____
SIGNATURE OF WITNESS

REFUSAL OF TREATMENT
RELEASE- I HEREBY REFUSE TREATMENT IN THIS CASE AS ADVISED BY THE PHYSICIAN IN CHARGE OF EMERGENCY/OR OUTPATIENT CARE AT CERMAK HEALTH-SERVICES AND I HEREBY AGREE NOT TO HOLD THE PHYSICIAN OR CERMAK HEALTH-SERVICES RESPONSIBLE FOR ANY HARM OR INJURY THAT MAY RESULT FROM MY ACTION, AND TO RELEASE MEDICAL INFORMATION TO PUBLIC AUTHORITIES.

_____
SIGNATURE OF PATIENT OR RESPONSIBLE PERSON

_____
SIGNATURE OF WITNESS

663.15

Cermak Health Services of Cook County
2800 South California Avenue
Chicago, Illinois 60608

**EMERGENCY RESPONSE / AMBULANCE
REPORT SHEET FOR CCDOC**

| DATE: | 6-30-04 | | TIME INFORMATION |
|---|---|---|---|
| NAME: | McRoy, James E | CALLED: | |
| DOB: | 9-26-1964 | ARRIVED SCENE: | |
| ID: | 2002 003 2025 | | |
| DIVISION: | X1/AC | DEPARTED SCENE: | |

ORIGIN OF RUN:  CHS ER ☐   OAK FOREST ☐      ARRIVED AT HOSPITAL:
OR        COURT ☐   DIVISION ☐
SITE OF EMERGENCY  OTHER ☐                 RETURNED TO CHS:

**CHIEF COMPLAINT / REASON FOR TRANSPORT:**

Left

Detanee stated: "I was hit in my head, arm, & neck with a Steel Crutch"

| TIME | BLOOD PRES. | PULSE | RESP | TEMP. | DIFIB / RHYTHM | O2 | DRUGS / SOLU. | DOSE |
|---|---|---|---|---|---|---|---|---|
| 1700 | 130/90 | 112 | 20 | 97.7 | 0 | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**PHYSICAL FINDINGS:**

Allergies: 0
Medical Hx: 0

**ASSESSMENT:**
1. C/O neck, head injury

2.

3.

**THERAPY RENDERED:**

Sent to Cermak ER for further Eval

0000495

**MODE OF TRANSPORTATION:**
W/C _____ Stretcher _____ Stair Chair _____
Cart _____ Ambulance _____ Walk ✗

**DESTINATION / DISPOSITION:**
JSH ER _____ CERMAK ER ✗ REMAIN IN GP _____ REFER TO S/C _____
OAK FOREST _____ COURT _____ OTHER _____

**EMT / NURSE**   Clampa

1. MEDICAL CHART  2. RESOURCE HOSPITAL
3. CERMAK EMT DIRECTOR

975.03

***Final Result***

COOK COUNTY BUREAU OF HEALTH SERVICES
CERMAK HEALTH SERVICES
DIAGNOSTIC WITHOUT CONTRAST DEPARTMENT

Printed: July 2, 2004 10:31am

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | MCROY,  JAMES E. | | **Sex:** | M |
| **Admission No:** | 020020032025 | | **Pt. Class:** | O |
| **Med. Rec. No:** | 000323106 | **Rad No:**  200400003920 | **Order No:** | |
| | 90013 | | | |
| **Referring Dr:** | , MD | | **Ordering Loc:** | Cermak SCDiv11 |
| **Ordering Dr:** | , MD | | **DOB:** | 09/26/1964 |
| **Admission Date:** | 06/30/2004 | | **Discharge Date:** | |

**DATE OF EXAM:**      Jun 30 2004      ACC #: 6743854

KDN  1183 - <u>HAND METACARPALS LEFT</u> :

**CLINICAL HISTORY:** PAC. S/P BHT AND BT TO HAND R/O  FX

**FINDINGS:**      Examination of the left hand reveals no evidence of acute fracture.  There is mild deformity of the left 4th and 5th metacarpal bones probably secondary to an old healed trauma.

**IMPRESSION:**      AS ABOVE.

**DATE OF EXAM:**      Jun 30 2004      ACC #: 6743855

KDN  1379 - <u>SKULL 4 VIEWS</u> :

**CLINICAL HISTORY:** PAC. S/P BHT AND BT TO HAND R/O  FX

**FINDINGS:**      The cranial vault appears to be intact.  No linear or depressed fracture is noted.  There are no abnormal intracranial calcifications.  The sella turcica appears normal.  The petrous ridges are symmetrical.

**IMPRESSION:**      NORMAL SKULL.

**DATE OF EXAM:**      Jun 30 2004      ACC #: 6743856

KDN  1129 - <u>FINGER 4TH DIGIT RIGHT</u> :

0000499

---

FORM 705A

***Final Result***

## COOK COUNTY BUREAU OF HEALTH SERVICES
### CERMAK HEALTH SERVICES
### DIAGNOSTIC WITHOUT CONTRAST DEPARTMENT

Printed: July 2, 2004 10:31am

| | | | |
|---|---|---|---|
| **Patient Name:** | MCROY, JAMES E. | **Sex:** | M |
| **Admission No:** | 020020032025 | **Pt. Class:** | O |
| **Med. Rec. No:** | 000323106    **Rad No:**    200400003920 | **Order No:** | |
| | 90013 | | |
| **Referring Dr:** | , MD | **Ordering Loc:** | Cermak SCDiv11 |
| **Ordering Dr:** | , MD | **DOB:** | 09/26/1964 |
| **Admission Date:** | 06/30/2004 | **Discharge Date:** | |

**CLINICAL HISTORY:**  PAC. S/P BHT AND BT TO HAND R/O  FX

**FINDINGS:**  Examination of the right 4th finger reveals no evidence of acute fracture. There is small periosteal thickening of the ulna side of distal aspect of proximal phalanx of the 4th finger.  There is minimal swelling of the soft tissues at the proximal interphalangeal joint area.

**IMPRESSION:**  AS ABOVE.

Transcriptionist: DF
Transcribe Date/Time: Jul  1 2004  2:25P
Read by : OSCAR JARA ,M.D.

This document has been electronically
Signed by: OSCAR JARA ,M.D. On: Jul 2 2004 10:42A

0000500

---

**MAGING SERVICES CONSULTATION**          NAME: MCROY,  JAMES E.          ACCT #: 020020032025  MR#: 000323106

**FORM 705A**

# EXHIBIT 4

**COOK COUNTY DEPARTMENT OF CORRECTIONS**
**DISCIPLINARY REPORT AND FINDINGS OF FACT**

Please Print Information                                                04POPA01DS

| SECTION I    DISCIPLINE REPORT | Division: X1 | Date of Infraction: 30 June 04 |
|---|---|---|

Detainee's Name: McCroy James E.    ID# 2012-32025    Date of Birth: 9/26/64

Detainee's Living Unit: AC    Place of Incident: Dormann AC    Time: 11 : 57 HRS

☐ Category I    ☐ Category II    ☑ Category III    ☐ Category IV    ☐ Category V    ☐ Category VI

Description of Charge(s) & Code(s): Fighting

Detainee Injuries: ☑ Yes  ☐ No    Medical Attention: ☑ Yes  ☐ No    Name(s): M. Curl Taub [illegible]
Staff Injuries:  ☐ Yes  ☐ No    Medical Attention: ☐ Yes  ☐ No    Name(s): N/A
Victim Report:  ☐ Yes  ☑ No    Reported to Internal Investigations: ☐ Yes  ☑ No
Material Confiscated /Evidence Bag # (attach photocopy of evidence): 1 steel crutch.

Description of Incident:
On the above date and time after it [illegible] 2630 and just finished issuing out [illegible] meal trays, I [illegible] formed in the middle of the dayroom. There I/M [illegible] observed a physical altercation involving inmate McCoy James E 2012-32025 and Dell Derrick 2005-SV32. This I/M immediately pulled a [illegible] on the radio. Several officers responded including [illegible] [illegible] super [illegible] was required. After securing the [illegible] I noticed a [illegible] crutch on the floor near the [illegible] formed. The pieces were confiscated by this I/M. Both inmates were taken to Dispensary for medical evaluation. DC I categorized as [illegible]

Disciplinary Report Delivered to Detainee By (Name and Star #):    Sgt. Nakamura [illegible]    Date and Time Delivered: 6/30/04  22 : 10 HRS

Detainee's Signature: [signature]

Reporting Employee / Signature & Star #: [signature] 7930

Reviewing Supervisor / Signature & Star #: Sgt. Nakamura [illegible]

CCDOC Personnel Who Witnessed Infraction: Same

Name and Star (printed): Sgt. M Tanaka [illegible]

Superintendent or designee's Signature: [signature] #107

Name and Star (printed): Chris D. Gomez 1107

| SECTION II    DISPOSITION BY DISCIPLINARY HEARING BOARD | Date of Hearing: 07/01/04 |
|---|---|

Detainee Requested Witnesses ☐ Yes ☑ No    Waive 24 Hr. Notice ☐ Yes ☑ No    Representative/Interpreter ☐ Yes ☑ No

Detainee Witness:    Living Unit:    Detainee Witness:    Living Unit:

Detainee's Plea to Charge    ☐ Guilty As Charged    ☑ Not Guilty    Detainee Status While Awaiting Hearing: [illegible]

Detainee's Statement Regarding Infraction: (Use Continuation Sheet If Necessary)
[handwritten] was attacking with a stick, several inmates came at me.

DETAINEE SIGNATURE: [signature]

Testimony of Witnesses: (Use Continuation Sheet If Necessary)

IT IS THE FINDING OF THE DISCIPLINARY HEARING BOARD THAT:    ("X" APPLICABLE BOX)

☑ GUILTY AS CHARGED    ☐ NOT GUILTY    ☐ INVALID REPORT    ☐ 72 HOURS EXPIRED    ☐ 7 DAY EXPIRED

Disciplinary Hearing Board's Finding is Based On The Following Information:
☑ DETAINEE REPLY/DISCIPLINARY REPORT    ☐ OTHER

Disciplinary Hearing Board Recommends The Following Action: 10 DAYS 300

Start/Date of Action 06/30/04    End Date 07/10/04

Disciplinary Hearing Board Member Signature/Title/Date: [signature]
Disciplinary Hearing Board Member Signature/Title/Date: [signature] 07/01/04
Disciplinary Hearing Board Member Signature/Title/Date: [signature] 07/01/04

If found guilty of disciplinary charges, you may appeal to the divisional superintendent.
The Superintendent will render a decision in writing within five (5) working days of receiving the appeal.

White - Disciplinary Hearing Board's Copy    Yellow - Superintendent/Divisional File Copy
Pink - Detainee's Copy After Hearing    Goldenrod - Detainee's Copy Prior to Hearing (notification of Charge(s))

# EXHIBIT 5

GAVE TO OFFICER
AlBERSO 7-3 SHIFT 6-3-04
To GIVE TO SERGEANT
MCQUAD

JAMES E. MCROY
ID# 2002³³20²⁰⁵, DIVISION 11, UNIT AD
P.O. BOX 089002, CHICAGO, IL. 60608

JULY 2, 2004                    ✳

FOLLOW UP LETTER
WRITTEN 7-26-04

C.C.D.O.C.
SUPT. PIAXICO
2700 S. CALIFORNIA
CHICAGO, IL. 60608

RE: DISCIPLINARY REPORT, APPEAL.

DEAR SUPERINTENDENT PIAXICO:

I WAS PROTECTING MYSELF WHEN I WAS ASSAULTED BY
ON JUNE 30,2004, AT 4:30PM
ANOTHER INMATE. I WAS ASSAULTED WITH A STICK FROM A BROOM
AND THEN A STEEL CRUTCH BY OTHER INMATES. AFTER BEING
ASSAULTED WITH THE BROOM STICK, I DID NOT FIGHT BACK UNTIL
                                    AT ME
SEVERAL PUNCHES WERE THROWN. I DID NOT THROW THE FIRST
PUNCH. LATER OTHER GANG MEMBERS BEGAIN ASSAULTING ME
IN THE MIDDLE OF DAY ROOM. I DO NOT WONT TO PRESS ANY
CHARGES AGAINST ANYONE INVOLED.

I HAVE NOT BEEN IN ANY TROUBLE FOR THE TWO YEARS HERE
IN C.C.D.O.C., INWHICH I HAVE CAUSED. I DO NOT NEED
ANY COMPLAINTS IN MY FILE FOR DISCIPLINE REASONS. I PRAY
        will
YOU REVERSE THIS CHARGE AGAINST ME. BECAUSE I DID NOT
ASSAULT THIS INMATE, BUT WAS PROTECTING MYSELF.

AND SERGEANTS

I HAVE BEEN ASKING OFFICERS COVERING UNIT AC, TO HAVE ME MOVED TO AN OLD MAN DECK, TO GET AWAY FROM SUCH HAPPENING EVENTS.

I HAVE REQUEST UNIT (AA) OR UNIT (BA), BECAUSE OF MONDAY VISIT. THAT'S THE ONLY DAY MY SISTER CAN ~~VISIT ME COME OUT~~ MAKE IT OUT HERE.

THE ONE PERSON HOW VISIT ME!

I TRULY HOPE THIS WILL BE REVERSED AND I CAN BE MOVED TO AN OLD MAN DECK. I WILL BE 40 YEARS OLD IN SEPTEMBER AND MOST OF MY TIME IN DIVISION 11, WAS ON AN OLD MAN DECK. IF NOT UNITS (AA) OR (BA), CAN I MOVE TO UNIT (CD) FOR SUNDAY VISITS. ALSO I DID NOT REFUSE TO SIGN THEIR DISCIPLINARY REPORT, I FIRST RECEIVED THIS REPORT ON JULY 1, 2004, AT 9:30PM, FROM AN INMATE.

I WOULD LIKE TO THANK YOU FOR YOUR TIME AND CONSIDERATION IN THESE IMPORTANT MATTER.

SINCERELY YOUR,
James E. McRoy
JAMES E. McROY

THIS IS MY FIRST TICKET, I WAS NOT TOLD I, COULD REQUEST A WITNESS (ES) AND BROOM STICK NOT PART OF EVIDENCE.

# EXHIBIT 6

JAMES E. MCROY
ID#20020037025, DIVISION II, UNIT D
P.O. BOX 089002, CHICAGO, IL. 60608

July 26, 2004


C.C.D.O.C.
SUPT. PLAKICO
3100 S. CALIFORNIA
CHICAGO, IL. 60608


RE: DISCIPLINARY REPORT, APPEAL. FOLLOW-UP LETTER


DEAR SUPERINTENDENT PLAKICO!

        I AM FOLLOWING UP ON A APPEAL LETTER WRITTEN ON JULY 2, 2004,
THAT I GAVE TO OFFICER ALBERSON, ON JULY 3, 2004 TO GIVE TO SERGEANT McQUAD, BECAUSE
THE SERGEANT WOULD NOT COME TO MY CELL ON (AB), WHEN I TOLD HIM I HAD AN
APPEAL LETTER (OR FOR WHAT EVER REASON.

        THE PREVIOUS LETTER STATES, I WAS PROTECTING MYSELF WHEN I WAS ASSAULTED
BY ANOTHER INMATE ON JUNE 30, 2004, AT ABOUT 4:30PM. I, WAS ASSAULTED WITH
A STICK FROM A BROOM AND THEN WITH A STEEL CRUTCH, BY OTHER INMATES, ON UNIT (A

        I DID NOT FIGHT BACK UNTIL SEVERAL PUNCHES WERE THROWN AT ME. I
DID NOT THROW THE FIRST PUNCH, THEN OTHER GANG MEMBERS BEGAN TO ASSAULT
ME IN THE MIDDLE OF THE DAYROOM. I'M NOT LOOKING TO PRESS ANY CHARGES
AGAINST ANYONE, BUT I SHOULD NOT GET A TICKET AGAINST ME FOR SOMETHING
I DID NOT START.

        I HAVE NOT BEEN IN ANY TROUBLE FOR THE TWO YEARS WHILE HERE IN C.C.D.O.C.
I DO NOT NEED ANY COMPLAINTS IN MY FILE FOR DISCIPLINE REASONS. I PRAY
YOU WILL REVERSE THIS CHARGE AGAINST ME. BECAUSE I DID NOT ASSAULT THIS

ALSO I DID NOT REFUSE TO SIGN THE DISCIPLINARY REPORT. I FIRST

RECEIVED THIS REPORT ON JULY 1, 2004, AT 9:30PM, FROM ANOTHER INMATE.

THIS IS MY FIRST TICKET, I WAS NOT TOLD I COULD REQUEST WITNESSES,

PLUS A BROOM STICK WAS USE, BUT WAS NOT PART OF THE EVIDENCE.

I WOULD LIKE TO THANK YOU FOR YOUR TIME AND CONSIDERATION IN THIS

IMPORTANT MATTER, AND I ~~WILL LOOK~~ WILL PRAY FOR A RESPONSE.

SINCERELY YOURS,

*James E. McRoy*

JAMES E. MCROY

# EXHIBIT 7

Part-A / Control #:_____X_____

Referred To:_____

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: McROY          First Name: JAMES

ID #: 2002 - 0033025   Div.: 11   Living Unit: CD   Date: 08 /09 /04

BRIEF SUMMARY OF THE COMPLAINT: ON JUNE 30, 2004, I RECEIVE A TICKET FOR PROTECTING MY SELF, IN A FIGHT. I DID NOT THROW THE FIRST PUNCH, I WAS ATTACHED WITH A BROOM STICK AND THEN BY A GANG AND ASSAULTED WITH AN STEEL CRUTCH. I WROTE AN APPEAL ON JULY 2, 2004, HANDED IT TO OFFICER WEBERSON, TO GIVE TO SERGEANT McQUAD, ON JULY 3, 2004, BECAUSE, THE SERGEANT DID NOT COME BACK TO MY CELL AS HE SAID HE WOULD. I HAVE NOT HEARD ANYTHING FROM THIS APPEAL, ADDRESSED TO SUPERINTENDENT PLAVCO I'VE PUT IN REQUEST SLIPS TO SUPERINTENDENT TO NO AVAIL. I HAVE WRITTEN A FOLLOW-UP APPEAL LETTER, AND GAVE IT TO SERGEANT SUBER ON JULY 26, 2004, I HAVE NOT HEARD ANYTHING FROM THAT ON THE SECOND APPEAL LETTER. IT STATES "IF FOUND GUILTY OF DISCIPLINARY CHARGES, YOU MAY APPEAL TO DIVISIONAL SUPERINTEND. THE SUPERINTENDEN WILL RENDER A DECISION IN WRITING WITHIN (5) WORKING DAY OF RECEIVING THE APPEAL.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

OFFICERS MENTIONED ABOVE, AND SOCIAL WORKER WHO RECEIVED REQUEST SLIP.

ACTION THAT YOU ARE REQUESTING:

TO HAVE TICKET REVERSE, BECAUSE I DID NOT START THIS! I HAVE COPIES OF LETTERS, APPEAL LETTERS IF NEEDED...

**DETAINEE SIGNATURE:** *James McRoy*

C.R.W.'S SIGNATURE:_____    DATE C.R.W. RECEIVED: ___/___/___

---

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.*
*All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY - DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)