**PRISONER CASE**



MAY 12 2008

**FILED**

MAY 12 2008      NR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

R

| Plaintiff(s): | JAMES E. McROY | Defendant(s): | MICHAEL F. SHEAHAN, etc., et al. |
|---|---|---|---|
| **County of Residence:** | COOK | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

James E. McRoy
#2002-0032025
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

08CV 2741
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42;1938pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** M. Burke         **Date:** 5/12/08

06C3033
Castillo, Brown