MAY 12 2008
FILED

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

MAY 1 2 2008  mB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

JAMES E. McROY
Plaintiff

v.

MICHAEL F. SHEAHAN, et.al.
Defendant(s)

08CV 2741
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, JAMES E. McROY, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Question 2)
   I.D. # 20020032025  Name of prison or jail: COOK COUNTY DEPARTMENT OF CORRECTION
   Do you receive any payment from the institution?  ☐ Yes  ☒ No  Monthly amount: NONE.

2. Are you currently employed?  ☐ Yes  ☒ No
   Monthly salary or wages: NONE.
   Name and address of employer: ~~WALGREEN'S~~
   ~~501 W. ROOSEVELT ROAD, CHICAGO, ILLINOIS~~

   a. If the answer is "No":
      Date of last employment: APRIL 17, 2002
      Monthly salary or wages: $ 35,000
      Name and address of last employer: WALGREEN'S
      501 WEST ROOSEVELT ROAD, CHICAGO, ILLINOIS

   b. Are you married?  ☐ Yes  ☒ No
      Spouse's monthly salary or wages: NONE.
      Name and address of employer: NONE.

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages          ☐ Yes  ☒ No
      Amount NONE.   Received by NONE.

-2-

b. ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes  ☒No
Amount  NONE.    Received by  NONE.

c. ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes  ☒No
Amount  NONE.    Received by  NONE.

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support    ☐Yes  ☒No
Amount  NONE.    Received by  NONE.

e. ☒ Gifts or ☐ inheritances    ☒Yes  ☐No
Amount  $185.00    Received by  COOK COUNTY JAIL TRUST FUND DEPARTMENT.

f. ☐ Any other sources (state source: ____ )    ☐Yes  ☒No
Amount  NONE.    Received by  NONE.

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes  ☒No    Total amount: NONE.
In whose name held: NONE.    Relationship to you: NONE.

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes  ☒No
Property: NONE.    Current Value: NONE.
In whose name held: NONE.    Relationship to you: NONE.

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes  ☒No
Address of property: NONE.
Type of property: NONE.    Current value: NONE.
In whose name held: NONE.    Relationship to you: NONE.
Amount of monthly mortgage or loan payments: NONE.
Name of person making payments: NONE.

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?    ☐Yes  ☒No
Property: NONE.
Current value: NONE.
In whose name held: NONE.    Relationship to you: NONE.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
I HAVE TWO KIDS, BRANDON J. McROY, ELEVEN YEARS OLD AND KAILA J. McROY, EIGHT YEARS OLD. SUPPORT NONE SINCE INCARCERATION.



### 20020032025 - MCROY, JAMES E.
**BALANCE: $2.31**

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 04/15/2008 | RELEASE FUNDS | -0.80 | 2.31 |
| 04/09/2008 | ORDER DEBIT | -6.65 | 3.11 |
| 04/09/2008 | RELEASE FUNDS | -2.44 | 9.76 |
| 04/04/2008 | RETURN CREDIT | 12.15 | 12.20 |
| 03/26/2008 | ORDER DEBIT | -0.34 | 0.05 |
| 03/19/2008 | ORDER DEBIT | -12.15 | 0.39 |
| 03/19/2008 | RELEASE FUNDS | -3.70 | 12.54 |
| 03/13/2008 | RELEASE FUNDS | -4.07 | 16.24 |
| 03/12/2008 | ORDER DEBIT | -0.29 | 20.31 |
| 03/10/2008 | CREDIT | 20.00 | 20.60 |

[Next 10 Records]

Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved



| Number Search | Name Search | Transactions | Orders | | Exit |

**20020032025 - MCROY, JAMES E.**
**BALANCE: $2.31**

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 03/05/2008 | ORDER DEBIT | -39.40 | 0.60 |
| 02/28/2008 | CREDIT | 40.00 | 40.00 |
| 01/09/2008 | ORDER DEBIT | -2.20 | 0.00 |
| 01/02/2008 | ORDER DEBIT | -11.26 | 2.20 |
| 12/29/2007 | RETURN CREDIT | 1.56 | 13.46 |
| 12/27/2007 | RELEASE FUNDS | -16.24 | 11.90 |
| 12/24/2007 | ORDER DEBIT | -21.86 | 28.14 |
| 12/24/2007 | CREDIT | 50.00 | 50.00 |
| 10/10/2007 | ORDER DEBIT | -24.11 | 0.00 |
| 10/04/2007 | ORDER DEBIT | -21.35 | 24.11 |

[Previous 10 Records]   [Next 10 Records]
Click A Transaction To View The Detail or Print Full Report

© 2004 ARAMARK Corporation. All Rights Reserved

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date  APRIL 16, 2008

_____
Signature of Applicant

JAMES E. McCOY
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, McCoy, James, I.D.# 20020032025, has the sum of $ 2.31 on account to his/her credit at (name of institution) Cook County Dept. of Corr. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 18.00.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

04/16/08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

L. Hampton
(Print name)

rev. 7/18/02

-3-