IN THE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES E. MCROY

V.

COOK COUNTY, et al.

CASE NO. 08cv 2741
Judge Castillo
Mag. Judge Brown

FILED
MAY 12 2008
MAY 1 2 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES PLAINTIFF, JAMES E. MCROY, PRO SE, MOVES THIS HONORABLE COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THIS CAUSE. IN SUPPORT THEREOF PLAINTIFF STATES THE FOLLOWING:

1. THE PLAINTIFF IS INCARCERATED IN COOK COUNTY JAIL, SINCE APRIL 21, 2002.

2. PLAINTIFF IS INDIGENT AND UNABLE TO PAY FOR THE COST OF PROCEEDING OR EMPLOY AN ATTORNEY TO REPRESENT HIM IN THIS CAUSE.

3. PLAINTIFF HAS A MERITORIOUS FAILURE TO PROTECT CLAIM.

4. THE PLAINTIFF HAS A LIMITED KNOWLEDGE OF CIVIL LAW, AND NO LEGAL EDUCATION.

5. PLAINTIFF WOULD HAVE A REASONABLE CHANCE OF SUCCESS IF COUNSEL WERE APPOINTED IN THIS CAUSE.

WHEREFORE, PLAINTIFF, JAMES E. McROY, PRAYS THIS HONORABLE COURT GRANTS HIS MOTION FOR APPOINTMENT OF COUNSEL.

RESPECTFULLY SUBMITTED,

*James E. McRoy*
PRO SE

## AFFIDAVIT

I, JAMES E. McROY, SWORN ON HIS OATH DEPOSED AND STATES THAT THE FACTS STATED ABOVE ARE TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE AND BELIEF.

*James E. McRoy*
JAMES E. McROY
ID# 20020037025
DIVISION 9, UNIT 3D
P.O. BOX 089002
CHICAGO, IL. 60608