IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES E. McROY

V.

MICHAEL F. SHEAHAN, et AL.

FILED
JUN 1 6 2008
6-16-2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. 08C2741

JUDGE CASTILLO

REQUEST FOR
RECONSIDERATION TO RESPONSE TO THE COURT'S
ORDER DIRECTING PLAINTIFF TO SHOW CAUSE

NOW COMES PLAINTIFF, JAMES E. McROY, PRO SE, MOVES THIS HONORABLE COURT FOR PLAINTIFF TO SHOW CAUSE. IN SUPPORT THEREOF PLAINTIFF STATES THE FOLLOWING:

1. ON JUNE 10, 2008, PLAINTIFF RECEIVED ORDER DATED JUNE 4, 2008, DISMISSING ACTION PURSUANT TO 28 U.S.C. SECTION 1915 A(b)(1) FOR FAILURE TO STATE A CLAIM.

2. UNDER ILLINOIS LAW, RELATION BACK IS ALLOWED WHEN THE ORIGINAL COMPLAINT WAS TIMELY FILED AND AMENDED COMPLAINT "GREW OUT" OF THE SAME TRANSACTION OR 'OCCURRENCE' SET FORTH IN THE ORIGINAL COMPLAINT. 725 ILCS 5/2-616(b).

3. UNDER FED. R. CIV. P. EITHER RULE 15(C)(1)(A) OR RULE 15 (C)(1)(B), PLAINTIFF'S CURRENT COMPLAINT MUST "ARISE OUT" OF THE SAME TRANSACTION OR 'OCCURRENCE' SET FORTH IN THE ORIGINAL McROY I COMPLAINT. (SEE ORDER DATED JUNE 4, 2008).

4. PLAINTIFF'S CLAIM "AROSE OUT OF THE 'CONDUCT', TRANS-

action or 'occurrence' set out and plaintiff attempted to set it out in the original pleading..." Fed.R.Civ.P. 15(c)(1)(A); Henderson v. Bolanda, 253 F.3d 928, 932 (7th Cir. 2001), and the court highlighted that plaintiff had allegations in grievances filed June 7 and June 8, 2004. (see order dated June 4, 2008), relating to inmates being forced out of cells.

5. However, the plaintiff did not know of the attack on June 30, 2004, as court stated in order dated June 4, 2008, but plaintiff feared for such occurrence when original pleading was filed on June 6, 2006.

6. In plaintiff's original pleading, he complained about not being able to stay in cell (in general), but plaintiff's exhibits (M),(N) gave a more details (i.e. about someone getting hurt, and safty).

7. However, plaintiff's original grievances in McRoy 1 complaint shows the inclusion leading up to the attack (i.e. about someone getting hurt, and safty). Further, plaintiff original pleading highlighted defendants Michael Sheahan and John Doe Superintendent (i.e. Superintendent Planico), as defendants, not as court stated in order. (see both McRoy 1 complaint, exhibits (M)(N)(O), and order dated June 4, 2008).

8. Under Fed.R.Civ.P. 15(A)(B)(C)(D), plaintiff may amend pleading at any time before pleading is served; the amendments is to conform to the "evidence" as express or implied consent and "shall be treated as if they had been raised in the pleadings at any time", even after 'judgment';

THE CURRENT COMPLAINT MUST "ARISE OUT" OF THE SAME TRANSACTION OR 'OCCURRENCE' SET FORTH IN THE ORIGINAL COMPLAINT; AND IF THE PLAINTIFF HAS SUPPLEMENTAL PLEADINGS, THEY MUST SET FORTH TRANSACTIONS OR 'OCCURRENCES OR EVENTS WHICH HAVE HAPPENED SINCE THE DATE PLEADING' OR IF PLEADING IS DEFECTIVE IN IT'S STATEMENT OF A CLAIM FOR RELIEF THE COURT MAY GRANT PLEADINGS.

9. PLAINTIFF'S CURRENT COMPLAINT IS BASED UPON BEING FORCED OUT OF CELL AND THE PROCEEDING ATTACK ARISED OUT OF THAT OCCURRENCE AS SET FORTH IN PLAINTIFF'S ORIGINAL COMPLAINT IN MCROY 1, AND EVIDENCE. (SEE EXHIBITS (M), (N), (O) OF MCROY 1).

10. UNDER FED. R. CIV. P. 8, PLAINTIFF IS REQUIRED ONLY THAT HE PROVIDE SHORT PLAIN STATEMENTS OF HIS CLAIM, AND A PLAINTIFF NEED ONLY ALLEGE A VALID CLAIM AND PROVIDE SOME INDICATION OF TIME AND PLACE..." THE PLEADING IS NOT MADE INSUFFICIENT BY THE INSUFFICIENCY OF ONE OR MORE ALTERNATIVE STATEMENTS.

WHEREFORE, PLAINTIFF JAMES E. MCROY, PRAYS THIS HONORABLE COURT RECONSIDERS IT'S DISMISSAL OF PLAINTIFF'S RESPONSE TO ORDER DIRECTING PLAINTIFF TO SHOW CAUSE, AND ISSUE A MANDATE REINSTATING PLAINTIFF'S CLAIM, AND NOT CHARGE HIM WITH A STRIKE, UNDER PROVISION OF THE PLRA OR 28 U.S.C. SECTION 1915(G).

RESPECTFULLY SUBMITTED,
James E. McRoy
PRO SE

## AFFIDAVIT

I, JAMES E. MCROY, SWER UNDER PENALTY OF PERJURY THAT THE FACTS STATED ABOVE ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

James E. McRoy

JAMES E. MCROY
ID# 20020032085
COOK COUNTY JAIL
~~P.O. BOX 089002~~
CHICAGO, IL. 60608

EXECUTED ON JUNE 11, 2008.