# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| James E. McRoy | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2741 |
| Michael F. Sheahan, et al. | |

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came before the Court and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the defendants Michael F. Sheahan, Callie Baird, Chester Plaxico, John Doe I, and Cook County, IL and against plaintiff, James E. McRoy.
This cause of action is dismissed in its entirety.  There being no just reason for delay, this is a final and appealable order.

Michael W. Dobbins, Clerk of Court

Date: 6/23/2008

_____
/s/ Ruth O'Shea, Deputy Clerk