# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2741 | **DATE** | June 26, 2008 |
| **CASE TITLE** | McRoy (#2002-0032025) v. Sheahan, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to alter or amend judgment [13] is denied as moot.

■ [For further details see text below.]        Docketing to mail notices.

## STATEMENT

On June 16, 2008, the Court received Plaintiff's motion to reconsider. On June 23, 2008, the Court denied Plaintiff's motion to reconsider, which, based on the timing of the filing and the argument contained therein, was construed as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e). Subsequently, Plaintiff filed another motion, titled a motion to alter judgment and/or relief from order, making the same arguments and seeking the same relief as Plaintiff's motion to reconsider. A party ordinarily gets "one shot" at asking the district court to alter or amend judgment. *See Andrews v. E.I. DuPont De Nemours & Co.*, 447 F.3d 510, 516 (7th Cir. 2006). Accordingly, Plaintiff's motion to alter judgment and/or from relief from judgment is denied as moot.