08C2741                                      CH

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 29 2008
JUL 29 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES E. McROY

V.

MICHAEL SHEAHAN, et al.

CASE NO. 08C2741

JUDGE R. CASTILLO

## NOTICE OF APPEAL

THIS NOTICE IS HEREBY GIVEN THAT JAMES E. McROY, PLAINTIFF THE ABOVE NAMED HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT FROM THE FINAL JUDGMENT WHICH WAS ENTERED IN THIS ACTION ON JUNE 23, 2008.

RESPECTFULLY SUBMITTED,

James E. McRoy
PRO SE

SUBSCRIBED AND AFFIRMED TO ME ON THIS 22nd DAY OF July 2008.

Carmella K Richardson
NOTARY PUBLIC

JAMES E. McROY
ID# 20020032026
DIVISION 9, UNIT 3D
P.O. BOX 089002
CHICAGO, IL. 60608

OFFICIAL SEAL
CARMELLA K RICHARDSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 04/21/10