FILED
JUL 29 2008
JUL 2 9 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C2741

CH

IN THE UNITED STATES COURTS OF APPEALS FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| JAMES E. McROY | ) APPEAL FROM THE U.S. DISTRICT COURT |
| V. NO. _____ | ) FOR THE SEVENTH DISTRICT OF ILLINOIS |
| MICHAEL F. SHEAHAN, ET AL. | ) CASE NO. 08C2741, JUDGE R. CASTILLO |

CIRCUIT RULE 3(C) DOCKETING STATEMENT

NOW COMES APPELLANT, JAMES E. McROY, PRO SE, MOVES THIS HONORABLE COURT WITH ENTRE OF AN APPELLANT JURISDICTIONAL STATEMENT AND IN SUPPORT APPELLANT STATES THE FOLLOWING:

THE APPELLANT JURISDICTIONAL STATEMENT: THE DISTRICT COURT HAD SUBJECT MATTER JURISDICTION UNDER 28 U.S.C. SECTION 1331(A) AND 28 U.S.C. SECTION 1367, BECAUSE THE COMPLAINT RAISES A FEDERAL QUESTION WHETHER THE DEFENDANTS VIOLATED THE PLAINTIFF'S RIGHTS UNDER THE 14TH AMENDMENT DUE PROCESS CLAUSE OF THE UNITED STATES CONSTITUTION.

THE COURT HAS APPELLANT JURISDICTION UNDER 28 U.S.C. SECTION 1291, BECAUSE THE GRANTED OR JUDGMENT WAS ENTERED IN FAVOR OF THE DEFENDANT'S IS A FINAL AND APPEALABLE ORDER OR JUDGMENT. THE ORDER WAS ENTRED ON JUNE 23, 2008, AND THE PLAINTIFF'S NOTICE OF APPEAL WAS MAILED ON JULY 16, 2008.

WHEREFORE, APPELLANT PRAYS THAT THIS HONORABLE COURT ACCEPTS THIS DOCKETING STATEMENT WHICH COMPLIES WITH

THE PROVISIONS OF CIRCUIT RULE 28(A).

RESPECTFULLY SUBMITTED,

James E. McRoy

PRO SE

JAMES E. McROY
ID# 20020032025
DIVISION 9, UNIT 3D
P.O. BOX 089002
CHICAGO, IL. 60608