In the United States District Court for the
Northern District of Illinois
Eastern Division

James E. McRoy
V.
Michael F. Sheahan, et al.

FILED
JUL 2 9 2008
JUL 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 08C2741
Judge R. Castillo

### Motion For Extension Of Time

Now comes Plaintiff, James E. McRoy, Pro Se, request to move this Honorable Court for an extension of time to file Informa Pauperis on Appeal, by one month from July 23, 2008, up to and including August 25, 2008, and in support thereof, Plaintiff states the following:

1. Plaintiff is a Pre-Trial Detainee since April of 2002, in Cook County Jail.

2. Plaintiff is unable to give a certified institutional officer showing all receipts, expenditures and balance during the last six months.

3. Authorized officer has no access to inmate trust fund balances through computer system, because of change of system and/or commissary provider.

4. Affidavit accompanying motion for permission to appeal in forma pauperis requires copy of account balance and signature of authorized officer.

WHEREFORE, PLAINTIFF PRAYS THAT THIS REQUEST FOR EXTENSION OF TIME TO FILE INFORMA PAUPERIS BE GRANTED TO THE EXTENSION REQUESTED OR AS THE COURT ORDERS.

RESPECTFULLY SUBMITTED,

James E. McRoy

PRO SE

EXECUTED ON JULY 22, 2008.

JAMES E. McROY
ID# 20070032025
DIVISION 9, UNIT 3D
P.O. BOX 089002
CHICAGO, IL. 60608

SUBSCRIBED AND AFFIRMED TO ME ON THIS 22nd DAY OF July

Carmella K. Richardson
NOTARY PUBLIC

OFFICIAL SEAL
CARMELLA K RICHARDSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/21/10