11

JAMES E. McROY
ID# 20020052025, DIVISION 9, 3D
P.O. BOX 089002, CHICAGO, IL. 60608

JULY 22, 2008

**FILED**
JUL 2 9 2008
Jul. 29, 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGES OF THE CIRCUIT
COURT OF APPEALS FOR
THE SEVENTH CIRCUIT
219 SOUTH DEARBORN ST.       RE: McROY V. SHEAHAN, et al.
CHICAGO, ILLINOIS, 60604          CASE NO. 08C 2741

DEAR JUDGES:

I AM REQUESTING FOR AN APPEAL IN THE ABOVE CAPTION CASE.

ENCLOSED IS THE NOTICE OF APPEAL, THE AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS, AND MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL, THE CIRCUIT RULE 3(C) DOCKETING STATEMENT, ALSO A MOTION FOR EXTENSION OF TIME TO FILE INFORMA PAUPERIS ON APPEAL. IF THERE ARE ADDITIONAL APPLICATION PROCEDURES, PLEASE ADVISE.

THANK YOU FOR YOUR TIME IN THESE IMPORANT MATTERS.

SINCERELY,
James E. McRoy
JAMES E. McROY

ENCLOSURE: