CEM

FILED
AUGUST 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 4, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2946
>
> Caption:
> JAMES E. MCROY,
> Plaintiff - Appellant
>
> v.
>
> MICHAEL F. SHEAHAN, CALLIE BAIRD, CHESTER PLAXICO, et al.,
> Defendants - Appellees
>
> ---
>
> District Court No: 1:08-cv-02741
> Court Reporter K. Fennell
> Clerk/Agency Rep Michael Dobbins
> District Judge Ruben Castillo
>
> Date NOA filed in District Court: 08/04/2008

If you have any questions regarding this appeal, please call this office.

CC:

James E. McRoy

form name: **c7_Docket_Notice_short_form** (form ID: **188**)