**FILED**
AUG 5 2008
AUG 5, 2008   MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

JAMES E. MCROY

v. Case No. _____

MICHAEL F. SHEAHAN

) Appeal from the United States District Court for the
) NORTHERN District of ILLINOIS
)
) District Court No. 08 C 2741
)
) District Court Judge RUBEN CASTILLO
)

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: James E. McRoy

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: JULY 24, 2008

My issues on appeal are: 1). THAT MY COMPLAINT WAS BASED ON THE SAME CONDUCT AND GREW OUT OF THE SAME TRAN. OR OCCURRENCE IN ORIGINAL PLEADING. 2). BY DUE DILIGENCE THE NEWLY DISCOVERED EVIDENCE COULD NOT HAVE BEEN DISCOVERED, SHOWS THE EVENTS WHICH HAPPENED SINCE THE DATE OF THE PLEADING THE COURT COULD OF GRANTED PLEADINGS. 3). THAT MY CLAIM CONFORMED TO THE EVIDENCE, EVEN WHEN ISSUES WAS NOT RAISED BY THE PLEADINGS ARE BY EXPRESS OR IMPLIED CONSENT.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 245.00 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): NONE. | $ 245.00 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 72.00 | $ 0 | $ 0 | $ 0 |

1

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE. | NONE. | NONE. | 0.00 |
| NONE. | NONE. | NONE. | 0.00 |
| NONE. | NONE. | NONE. | 0.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE. | NONE. | NONE. | 0.00 |
| NONE. | NONE. | NONE. | 0.00 |
| NONE. | NONE. | NONE. | 0.00 |

4. How much cash do you and your spouse have? $ _____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE. | NONE. | NONE. | 0.00 |
| NONE. | NONE. | NONE. | 0.00 |
| NONE. | NONE. | NONE. | 0.00 |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| 0.00 | 0.00 | Make & year: NONE. |
| 0.00 | 0.00 | Model: NONE. |
| 0.00 | 0.00 | Registration # NONE. |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE. | 0.00 | 0.00 |
| Model: NONE. | 0.00 | 0.00 |
| Registration # NONE. | 0.00 | 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE. | $0.00 | $0.00 |
| NONE. | $0.00 | $0.00 |
| NONE. | $0.00 | $0.00 |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| BRANDON J. MCROY | SON | 11 |
| KAILA J. MCROY | DAUGHTER | 7 |
| CHILD SUPPORT (DUE) | DAUGHTER | DO NOT KNOW |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? [X] Yes [ ]No Is property insurance included? [X] Yes [ ]No | $0.00 | $0.00 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $0.00 | $0.00 |
| Home maintenance (repairs and upkeep) | $0.00 | $0.00 |
| Food | $0.00 | $0.00 |
| Clothing | $0.00 | $0.00 |
| Laundry and dry-cleaning | $0.00 | $0.00 |
| Medical and dental expenses | $0.00 | $0.00 |
| Transportation (not including motor vehicle expenses | $0.00 | $0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $0.00 | $0.00 |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $0.00 | $0.00 |

| | | |
|---|---|---|
| Life | $ 0.00 | $ 0.00 |
| Health | $ 0.00 | $ 0.00 |
| Motor vehicle | $ 0.00 | $ 0.00 |
| Other: NONE. | $ 0.00 | $ 0.00 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0.00 | $ 0.00 |
| Installment payments | $ 0.00 | $ 0.00 |
| Motor Vehicle | $ 0.00 | $ 0.00 |
| Credit card (name): NONE. | $ 0.00 | $ 0.00 |
| Department store (name): NONE. | $ 0.00 | $ 0.00 |
| Other: NONE. | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ 0.00 | $ 0.00 |
| Other (specify): NONE. | $ 0.00 | $ 0.00 |
| Total monthly expenses: | $ 0.00 | $ 0.00 |

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[X] Yes [ ] No  If yes, describe on an attached sheet. WILL BE SEEKING EMPLOYMENT, ONCE RELEASED FROM COOK COUNTY JAIL.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [X] No  If yes, how much? $ 0.00

If yes, state the attorney's name, address, and telephone number:

NONE.

NONE.

NONE.

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes [X] No  If yes, how much? $ 0.00

If yes, state the person's name, address, and telephone number:

NONE.

NONE.

NONE.

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I AM INCARCERATED AS A PRETRIAL DETAINEE AT COOK COUNTY DEPARTMENT OF CORRECTIONS (COOK COUNTY JAIL). I AM INDIGENT AND UNABLE TO PAY THE DOCKETING FEES FOR THIS APPEAL. I RECEIVE HELP OCCASIONALLY AS A GIFT, SEE ATTACHED ACCOUNT BALANCE FROM INMATE'S ACCOUNT ACTIVITY OF TRANSACTIONS. ALSO, SEE MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL.

13. State the address of your legal residence.

JAMES E. MCROY, ID# 20020032025

P.O. BOX 089002

CHICAGO, ILLINOIS, 60608

Your daytime phone number: (___) NONE.

Your age: 43  Your years of schooling: 16

Your social-security number: 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

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7/24/08

_____
Signature of Applicant

JAMES E. McROY
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, JAMES E. McROY, I.D.# 20020033025, has the sum of $ 10.70 on account to his/her credit at (name of institution) CCDOC. I further certify that the applicant has the following securities to his/her credit: 0 . I further certify that during the past six months the applicant's average monthly deposit was $ 20.33.
(Add all deposits from all sources and then <u>divide by number of months</u>).

7/24/08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

J. A. MARTINEZ
(Print name)

rev. 7/18/02.

-3-

**Resident Funds Inquiry**
**Current User Name: PROGSERV** Logout

ResId: 20020032025    [Submit]

Resident Id: **20020032025**
Resident Name: **MCROY , JAMES E.**
Date of Birth: **1964-09-26**
Location: **092G -20 -87**

**Account Activity:**                                                                 Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 7/23/2008 | FORMA PAUPERIS | FP-08C2741-CK170887 | -2.68 | 10.70 | 0.00 | 10.70 |
| 7/23/2008 | FORMA PAUPERIS | FP-03C4718-CK170887 | -3.35 | 13.38 | 0.00 | 13.38 |
| 7/22/2008 | EPR | OID:100016256-ComisaryPurch-Reg | -3.28 | 16.73 | 0.00 | 16.73 |
| 7/16/2008 | DEPMO | 08-676015456 | 20.00 | 20.01 | 0.00 | 20.01 |
| 6/30/2008 | DEBT FWD | ALL DEBT AT CONVERSION | 0.00 | 0.01 | 0.00 | 0.01 |
| 6/30/2008 | BALANCE FWD | BALANCE AT CONVERSION | 0.01 | 0.01 | 0.00 | 0.01 |

# Resident Funds Inquiry
**Current User Name: PROGSERV** Logout

ResId: 20020032025    [ Submit ]

Resident Id: **20020032025**
Resident Name: **MCROY , JAMES E.**
Date of Birth: **1964-09-26**
Location: **093D -33 -86**

**Account Activity:**                                         Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 6/30/2008 | DEBT FWD | ALL DEBT AT CONVERSION | 0.00 | 0.01 | 0.00 | 0.01 |
| 6/30/2008 | BALANCE FWD | BALANCE AT CONVERSION | 0.01 | 0.01 | 0.00 | 0.01 |



**\*\*TRANSACTION REPORT\*\***
Print Date: 06/10/2008

Inmate Name: MCROY, JAMES E.   Balance: $16.92
Inmate Number: 20020032025
Inmate DOB: 9/26/1964

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 06/04/2008 | ORDER DEBIT | -16.85 | 16.92 |
| 06/04/2008 | RELEASE FUNDS | -8.45 | 33.77 |
| 06/04/2008 | RELEASE FUNDS | -10.56 | 42.22 |
| 06/03/2008 | CREDIT | 40.00 | 52.78 |
| 05/28/2008 | RELEASE FUNDS | -7.69 | 12.78 |
| 05/20/2008 | CREDIT | 20.00 | 20.47 |
| 05/14/2008 | ORDER DEBIT | -15.65 | 0.47 |
| 05/12/2008 | RELEASE FUNDS | -4.03 | 16.12 |
| 05/09/2008 | CREDIT | 20.00 | 20.15 |
| 04/23/2008 | ORDER DEBIT | -0.17 | 0.15 |
| 04/16/2008 | ORDER DEBIT | -1.99 | 0.32 |
| 04/15/2008 | RELEASE FUNDS | -0.80 | 2.31 |
| 04/09/2008 | ORDER DEBIT | -6.65 | 3.11 |
| 04/09/2008 | RELEASE FUNDS | -2.44 | 9.76 |
| 04/04/2008 | RETURN CREDIT | 12.15 | 12.20 |
| 03/26/2008 | ORDER DEBIT | -0.34 | 0.05 |
| 03/19/2008 | ORDER DEBIT | -12.15 | 0.39 |
| 03/19/2008 | RELEASE FUNDS | -3.70 | 12.54 |
| 03/13/2008 | RELEASE FUNDS | -4.07 | 16.24 |
| 03/12/2008 | ORDER DEBIT | -0.29 | 20.31 |
| 03/10/2008 | CREDIT | 20.00 | 20.60 |
| 03/05/2008 | ORDER DEBIT | -39.40 | 0.60 |
| 02/28/2008 | CREDIT | 40.00 | 40.00 |
| 01/09/2008 | ORDER DEBIT | -2.20 | 0.00 |
| 01/02/2008 | ORDER DEBIT | -11.26 | 2.20 |
| 12/29/2007 | RETURN CREDIT | 1.56 | 13.46 |
| 12/27/2007 | RELEASE FUNDS | -16.24 | 11.90 |
| 12/24/2007 | ORDER DEBIT | -21.86 | 28.14 |
| 12/24/2007 | CREDIT | 50.00 | 50.00 |
| 10/10/2007 | ORDER DEBIT | -24.11 | 0.00 |

Handwritten annotations: "$120.00" pointing to credits; "SIX MONTH TOTAL" arrow pointing to 02/28/2008 credit line.

| Date | Description | Amount | Balance |
|---|---|---:|---:|
| 10/04/2007 | ORDER DEBIT | -21.35 | 24.11 |
| 09/27/2007 | CREDIT | 50.00 | 45.46 |
| 08/30/2007 | LAW LIBRARY | -4.60 | -4.54 |
| 06/21/2007 | ORDER DEBIT | -1.77 | 0.06 |
| 06/14/2007 | ORDER DEBIT | -23.20 | 1.83 |
| 06/08/2007 | CREDIT | 25.00 | 25.03 |
| 05/10/2007 | ORDER DEBIT | -0.78 | 0.03 |
| 04/26/2007 | ORDER DEBIT | -2.16 | 0.81 |
| 04/19/2007 | ORDER DEBIT | -9.97 | 2.97 |
| 04/12/2007 | ORDER DEBIT | -17.19 | 12.94 |
| 04/11/2007 | CREDIT | 30.00 | 30.13 |
| 03/22/2007 | ORDER DEBIT | -0.51 | 0.13 |
| 03/19/2007 | RELEASE FUNDS | -10.62 | 0.64 |
| 03/08/2007 | ORDER DEBIT | -9.25 | 11.26 |
| 03/01/2007 | LAW LIBRARY | -19.65 | 20.51 |
| 02/28/2007 | CREDIT | 40.00 | 40.16 |
| 12/20/2006 | ORDER DEBIT | -0.78 | 0.16 |
| 12/06/2006 | ORDER DEBIT | -6.45 | 0.94 |
| 11/15/2006 | ORDER DEBIT | -22.67 | 7.39 |
| 11/15/2006 | CREDIT | 30.00 | 30.06 |
| 11/01/2006 | ORDER DEBIT | -0.17 | 0.06 |
| 09/27/2006 | ORDER DEBIT | -29.79 | 0.23 |
| 09/27/2006 | CREDIT | 30.00 | 30.02 |
| 09/06/2006 | ORDER DEBIT | -0.36 | 0.02 |
| 08/31/2006 | ORDER DEBIT | -0.97 | 0.38 |
| 08/23/2006 | ORDER DEBIT | -3.87 | 1.35 |
| 08/16/2006 | ORDER DEBIT | -14.80 | 5.22 |
| 08/15/2006 | CREDIT | 20.00 | 20.02 |
| 07/26/2006 | ORDER DEBIT | -3.90 | 0.02 |
| 07/21/2006 | LAW LIBRARY VOID | 3.79 | 3.92 |
| 07/19/2006 | ORDER DEBIT | -2.29 | 0.13 |
| 07/19/2006 | LAW LIBRARY | -3.79 | 2.42 |
| 07/18/2006 | RELEASE FUNDS | -43.79 | 6.21 |
| 07/14/2006 | CREDIT | 50.00 | 50.00 |
| 07/12/2006 | ORDER DEBIT | -0.17 | 0.00 |
| 07/06/2006 | ORDER DEBIT | -7.46 | 0.17 |
| 07/03/2006 | LAW LIBRARY | -3.65 | 7.63 |
| 07/03/2006 | LAW LIBRARY | -6.75 | 11.28 |
| 07/03/2006 | LAW LIBRARY | -3.70 | 18.03 |
| 06/28/2006 | ORDER DEBIT | -61.95 | 21.73 |
| 06/25/2006 | RETURN CREDIT | 3.70 | 83.68 |
| 06/21/2006 | ORDER DEBIT | -90.27 | 79.98 |
| 06/19/2006 | LAW LIBRARY | -2.40 | 170.25 |
| 06/19/2006 | LAW LIBRARY | -28.65 | 172.65 |
| 06/19/2006 | LAW LIBRARY | -0.95 | 201.30 |