FILED
AUG 5 2008 mB
Aug 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES COURT OF APPEALS FOR THE
SEVENTH CIRCUIT

JAMES E. MCROY           ) APPEAL FROM THE U.S. DISTRICT COURT,
   V. CASE NO. _____    ) NORTHERN DISTRICT OF ILLINOIS
MICHAEL SHEAHAN, et al.  ) CASE NO. 08C2741, JUDGE R. CASTILLO

### MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

NOW COMES APPELLANT, JAMES E. MCROY, PRO SE, MOVES THIS HONORABLE COURT PURSUANT TO SECTION 1915 TO APPOINT COUNSEL ON APPEAL FOR THIS CAUSE, AND IN SUPPORT APPELLANT STATES:

1. THE APPELLANT IS INCARCERATED AT COOK COUNTY JAIL AS A PRETRIAL DETAINEE, SINCE APRIL 2002.

2. APPELLANT IS INDIGENT AND UNABLE TO PAY FOR COST OF PROCEEDING OR EMPLOY AN ATTORNEY IN THIS MATTER.

3. APPELLANT WAS GRANTED IN FORMAL PAUPERIS IN GOOD FAITH IN THE DISTRICT COURT.

4. THE APPELLANT HAS A MERITORIUS CLAIM.

5. APPELLANT HAS A LIMITED KNOWLEDGE OF CIVIL LAW, AND NO LEGAL EDUCATION.

6. THE APPELLANT WOULD HAVE A REASONABLE CHANCE OF SUCCESS IF COUNSEL WERE APPOINTED.

WHEREFORE, APPELLANT, JAMES E. MCROY, PRAYS AND RESPECTFULLY REQUEST THIS MOTION FOR APPOINTMENT OF COUNSEL BE

GRANTED IN THIS CAUSE.

RESPECTFULLY SUBMITTED,

*James E. McRoy*

PRO SE

### AFFIDAVIT

I, JAMES E. MCROY, SWORN ON HIS OATH DEPOSED AND STATES THE FACTS ABOVE ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

*James E. McRoy*

JAMES E. MCROY
ID# 20020032025
DIVISION 9, UNIT 3D
P.O. BOX 089002
CHICAGO, IL 60608