## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2741 (Appeal No. 08-2946) | **DATE** | August 7, 2008 |
| **CASE TITLE** | James E. McRoy (#2002-0032025) vs. Sheahan, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for an extension of time to file his motion to appeal *in forma pauperis* [20] is granted. Plaintiff's motion for leave to appeal *in forma pauperis* [24] is granted. The Court assesses Plaintiff an initial partial filing fee of $10.70. The Court authorizes Cook County Jail officials to deduct $10.70 from Plaintiff's account. The Clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, Il. 60608. Administrative Office, Division V, 2700 S. California, Chicago, Il. 60608, and the PLRA Attorney, U.S. Court of Appeals. The Fiscal Department shall allocate funds received to the appeal (08-2946) until the $455 appellate fees are paid and then allocate funds to the district court case until the $350 filing fee is paid. Plaintiff's motion for appointment of counsel [25] is denied without prejudice to his making the motion to the Seventh Circuit Court of Appeals.

■ [For further details see text below.]     Docketing to mail notices.

## STATEMENT

     Plaintiff has filed a Notice of Appeal and motion for leave to file on appeal *in forma pauperis* from the judgment entered on June 23, 2008. Pursuant to 28 U.S.C. § 1915 (a)(3), it appears that Plaintiff has taken the appeal in good faith.

     Accordingly, the Court grants Plaintiff's motion for leave to appeal *in forma pauperis* and, pursuant to 28 U.S.C. § 1915(b)(1), assesses Plaintiff an initial partial filing fee of $10.70. The trust fund officer at Plaintiff's current place of incarceration is ordered to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer at the correctional facility where Plaintiff is confined is authorized to collect monthly payments from Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from Plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $455 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, IL 60604, attn.: Cashier's Desk, 20th Floor, and shall clearly identify Plaintiff's name and the case number assigned to this action, and the docket number assigned to the appeal by the Court of Appeals, which is 08-2946. If Plaintiff is transferred to another institution, the trust fund officer at the new institution shall be informed of this order and shall be responsible for making deductions and payments in accordance with this order.