

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                 312-435-5670

August 20, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: McRoy -v- Sheahan

U.S.D.C. DOCKET NO. : 08 cv 2741

U.S.C.A. DOCKET NO. : 08 - 2946

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)            *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                                            Very truly yours,

                                                            Michael W. Dobbins, Clerk

                                                            By:_____
                                                                D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleading*

In the cause entitled: McRoy -v- Sheahan.

USDC NO.    : 08 cv 2741

USCA NO.    : 08 - 2946

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 20th day of Aug. 2008.

        MICHAEL W. DOBBINS, CLERK

    By: _____
        D. Jordan, Deputy Clerk

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-02741
## Internal Use Only

1.
McRoy v. Sheahan et al
Assigned to: Honorable Ruben Castillo

Case in other court: 08-02946

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/14/2008
Date Terminated: 06/04/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**James E. McRoy**   represented by **James E. McRoy**
#2002-0032025
Cook County Jail
P.O. Box 089002
Chicago, IL 60608
PRO SE

V.

**Defendant**

**Michael F. Sheahan**
*Former Cheriff of Cook County,*

**Defendant**

**Callie Baird**
*Former Executive Director,*

**Defendant**

**Chester Plaxico**
*Superintendent,*

**Defendant**

**John Doe I**
*Correctional Officer, Badge Number 7930,*

**Defendant**

**Cook County, Illinois**

| | | |
|---|---|---|
| **Service List** | represented by | **Prisoner Correspondence - Internal Use Only**<br>Email: Prison1_ILND@ilnd.uscourts.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/12/2008 | 1 | RECEIVED Complaint and four copies by Plaintiff James E. McRoy (Exhibits). (ar, ). (Poor quality original. Paper document on file.) Modified on 5/14/2008 (ar, ). (Entered: 05/13/2008) |
| 05/12/2008 | 2 | CIVIL Cover Sheet. (ar, ) (Entered: 05/13/2008) |
| 05/12/2008 | 3 | APPLICATON by Plaintiff James E. McRoy for leave to proceed in forma pauperis and financial affidavit (Exhibit). (ar, ) (Entered: 05/13/2008) |
| 05/12/2008 | 4 | MOTION by Plaintiff James E. McRoy for appointment of counsel. (ar, ) (Entered: 05/13/2008) |
| 05/12/2008 | 6 | POST MARKED envelope for initiating document by James E. McRoy (Document not scanned) (aew, ) (Entered: 05/15/2008) |
| 05/14/2008 | 5 | MINUTE entry before Judge Honorable Ruben Castillo: The plaintiff's motion for leave to proceed in forma pauperis 3 is granted. The court authorizes Cook County Jail officials to deduct $3.60 from the plaintiff's account, and to continue making monthly deductions in accordance with this order. The clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608. However, summonses shall not issue at this time. The plaintiff is ordered to show good cause in writing why the complaint should not be dismissed as untimely. Failure to show cause within thirty days of the date of this order will result in summary dismissal of this case. [For further details see text below.] Mailed notice (ar, ) (Entered: 05/15/2008) |

| | | |
|---|---|---|
| 05/15/2008 | | MAILED copy of Judge Castillo's 05/14/08 minute order 5 to Elizabeth Hudson. (ar, ) (Entered: 05/15/2008) |
| 05/29/2008 | 7 | MOTION to by Plaintiff James E. McRoy to show cause. (kj, ) (Entered: 06/02/2008) |
| 06/04/2008 | 8 | MINUTE entry before the Honorable Ruben Castillo:Plaintiff's Motion to Show Cause 7 is construed as Plaintiff's response to the Courts order directing Plaintiff to show cause why his complaint should not be dismissed as untimely. The Clerk is directed to terminate it as a motion. This action is dismissed pursuant to 28 U.S.C. §1915A(b)(1) for failure to state a claim. This is one of Plaintiffs three allotted dismissals under 28 U.S.C. § 1915(g). Mailed notice (kj, ) (Entered: 06/05/2008) |
| 06/09/2008 | 9 | (Court only) INMATE Installment Payment in the amount of $7.69 paid on 06/09/08, receipt number 4624004057. (ar, ) (Entered: 06/10/2008) |
| 06/11/2008 | 15 | (Court only) INMATE Installment Payment in the amount of $ 8.45 paid on 06/11/08, receipt number 4624004152. (ar, ) (Entered: 07/01/2008) |
| 06/16/2008 | 10 | REQUEST by Plaintiff James E. McRoy for reconsideration to response to the Court's order directing plaintiff to show cause. (ar, ). (Poor quality original. Paper document on file.) Modified on 6/19/2008 (ar, ). (Entered: 06/19/2008) |
| 06/23/2008 | 11 | MINUTE entry before the Honorable Ruben Castillo: Plaintiffs motion to reconsider 10 is construed to be a motion to alter or amend judgment pursuant toFed.R.Civ.P. 59(e) and is denied. [For further details see text below.] Mailed notice (ar, ) (Entered: 06/24/2008) |
| 06/23/2008 | 12 | ENTERED JUDGMENT. Mailed notice (ar, ) (Entered: 06/24/2008) |
| 06/23/2008 | 13 | MOTION by Plaintiff James E. McRoy to alter judgment and/or relief from order. (ar, ) (Entered: 06/24/2008) |
| 06/26/2008 | 14 | MINUTE entry before the Honorable Ruben Castillo: Plaintiff's motion to alter or amend judgment 13 is denied as moot. [For further details see text below.] Mailed notice (ar, ) (Entered: 06/27/2008) |
| 07/29/2008 | 16 | NOTICE of appeal by James E. McRoy regarding orders 12 , 11 (ifp) (dj, ) (Entered: 08/04/2008) |
| 07/29/2008 | 17 | DOCKETING Statement by James E. McRoy regarding notice of appeal 16 (dj, ) (Entered: 08/04/2008) |
| 07/29/2008 | 20 | MOTION by Plaintiff James E. McRoy for extension of time to appeal in forma pauperis. (ar, ) (Entered: 08/04/2008) |
| 07/29/2008 | 21 | LETTER to Judges of the Circuit Court of Appeals for the Seventh Circuit from James E. McRoy dated 07/29/08. (ar, ) (Entered: 08/04/2008) |
| 08/04/2008 | 18 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 08/04/2008) |

| | | |
|---|---|---|
| 08/04/2008 | 19 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 16 . Notified counsel (dj, ) (Entered: 08/04/2008)~~ |
| 08/05/2008 | 22 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 16 , USCA Case No. 08-2946. (ar, ) (Entered: 08/06/2008)~~ |
| 08/05/2008 | 23 | ~~CIRCUIT Rule 3(b) Notice, USCA #08-2946. (ar, ) (Entered: 08/06/2008)~~ |
| 08/05/2008 | 24 | MOTION by Plaintiff James E. McRoy for leave to appeal in forma pauperis on USCA form (Exhibits). (ar, ) Modified on 8/6/2008 (ar, ). (Entered: 08/06/2008) |
| 08/05/2008 | 25 | MOTION by Plaintiff James E. McRoy for appointment of counsel on appeal. (ar, ) (Entered: 08/06/2008) |
| 08/07/2008 | 26 | MINUTE entry before the Honorable Ruben Castillo: Plaintiff's motion for an extension of time to file his motion to appeal in forma pauperis 20 is granted. Plaintiff's motion for leave to appeal in forma pauperis 24 is granted. The Court assesses Plaintiff an initial partial filing fee of $10.70. The Court authorizes Cook County Jail officials to deduct $10.70 from Plaintiff's account. The Clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, Chicago, Il, 60608, and the PLRA Attorney, U.S. Court of Appeals. The Fiscal Department shall allocate funds received to the appeal (08-2946) until the $455.00 appellate fees are paid and then allocate funds to the district court case until the $350.00 filing fee is paid. Plaintiff's motion for appointment of counsel 25 is denied without prejudice to his making the motion to the Seventh Circuit Court of Appeals. [For further details see minute order.] Mailed notice (ar, ) (Entered: 08/07/2008) |
| 08/07/2008 | | MAILED copy of Judge Castillo's 08/07/08 minute order 26 to Elizabeth Hudson. (ar, ) (Entered: 08/07/2008) |
| 08/07/2008 | | (Court only) FORWARDED copy of Judge Castillo's 08/07/08 minute order 26 to PLRA attorney in the USCA for the 7th Circuit (USCA #08-2946). (ar, ) (Entered: 08/07/2008) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C:  These items are sent under a separate certificate.**
**N/A:  These items are not available.**