



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

August 20, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: McRoy -v- Sheahan

U.S.D.C. DOCKET NO. : 08 cv 2741

U.S.C.A. DOCKET NO. : 08 - 2946

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)          *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

  EXHIBITS:

  VAULT ITEMS:

  OTHER (SPECIFY):

  SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
D. Jordan, Deputy Clerk

*U.S.C.A. – 7th Circuit*
*RECEIVED*
*AUG 2 0 2008  DW*
*GINO J. AGNELLO*
*CLERK*

*FILE COPY*