JAMES E. MCROY
ID#20020032025, DIVISION 9, 2G
P.O. BOX 089002, CHICAGO, IL. 60608

AUGUST 25, 2008

MR. MICHAEL W. DOBBINS
CLERK, OF THE UNITED
STATES DISTRICT COURT
219 SOUTH DEARBORN ST.
CHICAGO, ILLINOIS 60604

**FILED**
SEP 2, 2008
SEP 2 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: MCROY V. SHEAHAN, et AL.,
CASE NO. 08 CV 2741,
AND CASE NO. 08-2946

DEAR CLERK:

I AM IN RECEIPT OF YOUR CORRESPONDENCE DATED AUGUST 20, 2008, SENT TO MR. GINO AGNELLO, CLERK OF THE U.S. COURT OF APPEALS, CONCERNING THE ORIGINAL RECORD ON APPEAL COSISTING OF 1 VOLUME OF PLEADINGS.

HOWEVER, THIS CASE STEAMS FROM A PENDING CASE MCROY V. SHEAHAN, CASE NO. 06C3033 (MCROY 1) (SEE DOCKET ENTRY, DATED JUNE 4, 2008).

THE VOLUME OF THE PLEADINGS SHEET SENT DOES NOT INDICATE, IF DOCUMENT AND/OR EXHIBITS ARE APART OF THIS PLEADING FROM MCROY 1, THAT WOULD HELP SHOW NEWLY DISCOVERED EVIDENCE THAT RELATES BACK TO THE TIMELY FILED ORIGINAL COMPLAINT IN MCROY 1, AND THAT THE PRESENT COMPLAINT SHOULD NOT OF BEEN TIME BARRED AND/OR DISMISSED FOR FAILURE TO STATE A CLAIM.

IF THESE PLEADING FROM CASE NO. 06C3033 (MCROY 1) ARE NOT INCLUDED PURSUANT TO CIRCUIT RULE 10, HOW CAN THEY BE INCLUDED FOR MY APPEAL. (EXAMPLE: EXHIBIT L, OF CASE NO. 06C3033, DOCKETED JUNE 6, 2006, AND/OR SECOND AMENED COMPLAINT, EXHIBIT 5, DOCKETED DECEMBER 6, 2006.

IN ADDITIONALLY, ON AUGUST 4, 2008, THE U.S. COURT OF APPEALS HAS SUSPENED PROCEEDING UNTIL ASSESSMENT AND PAYMENT OF ANY NECCESSARY FEES.

PLEASE DO NOT HESITATE IN CONTACTING ME AT YOUR EARLIST CONVENANCE.

THANK YOU FOR YOUR TIME IN THESE CONCERNS.

SINCERELY,

James E. McRoy

JAMES E. MCROY