# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2741 | **DATE** | 9/8/2008 |
| **CASE TITLE** | James E. McRoy (#2002-0032025) vs. Sheahan, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's letter [29] is construed as a motion to supplement the record on appeal. Plaintiff's motion to supplement the record on appeal is granted. Plaintiff may supplement the record on appeal with the initial second amended complaint (Docs. 1 and 38) filed in Case No. 06 C 3033. The Clerk is directed to supplement the record on appeal with Documents 1 and 38 of Case No. 06 C 3033.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|